# EXHIBIT 7

| Claims of U.S. Patent No. 12,386,375 | Evidence of Infringement by Utilities |
|---|---|
| 8[pre] A system for managing an electric power grid, comprising: | Each of the Defendants ("Maryland Utilities") has at least one residential Demand Response Program.  For example:<br><br>*Delmarva Power*<br><br>Energy Wise Rewards<br>https://homeenergysavings.delmarva.com/energywiserewards/md/residential/participation<br><br>Flex Rewards<br>https://homeenergysavings.delmarva.com/md/residential/flex-rewards<br><br>*Pepco*<br><br>Energy Wise Rewards<br>https://homeenergysavings.pepco.com/energywiserewards/md/residential/participation<br><br>Flex Rewards<br>https://homeenergysavings.pepco.com/md/residential/flex-rewards<br><br>*BG&E*<br><br>Connected Rewards<br>https://bgesmartenergy.com/residential/earn-incentives/connectedrewards<br><br>Peak Rewards<br>https://bgesmartenergy.com/residential/earn-incentives/peak-rewards/programs/ac<br><br>*SMECO*<br><br>SmartTemp |

Case 8:26-cv-02076-PX     Document 1-7     Filed 05/26/26     Page 3 of 56

| | |
|---|---|
| | https://greatergrid.com/enroll/programs/thermostats/smeco<br><br>Each of the Maryland Utilities makes and uses a system that operates the respective Demand Response Program ("Accused System" or "DR System").  Each of these DR Systems manages an electric grid by, for example, communicating messages to and controlling the operation of smart thermostats and/or load control switches in order to reduce the consumption of electric power by load consuming devices during periods of peak demand.<br><br>The DR Systems of Delmarva and PEPCO incorporate the use of Resideo Connected Savings platform ("Resideo Platform") in their DR Systems.<br><br>**Delmarva Power Energy Wise Rewards® Bring-Your-Own-Device (BYOD) Customer Participation Agreement:**[1]<br><br>The Program is being administered by a third-party administrator ("Program Administrator"), which is Ademco Inc., a subsidiary of Resideo Technologies, Inc., a Delaware corporation, having a place of business at 1985 Douglas Drive, Golden Valley, MN 55422 (d/b/a "Resideo Grid Services"). By enrolling in the BYOD Program, you are also agreeing to Program Administrator's EULA and Privacy Policy, available at https://connectedsavings.com/eula and https://connectedsavings.com/privacy-overview/privacy-policy/ (respectively) or such other location as notified by the Program Administrator on its website. |

---

[1] https://homeenergysavings.delmarva.com/sites/default/files/47327_DPL_EWR_BYOD_TC_v2_RELEASE-508.pdf.

| | |
|---|---|
| | **Pepco Energy Wise Rewards® Bring-Your-Own-Device (BYOD) Customer Participation Agreement:**[2]<br><br>The Program is being administered by a third-party administrator ("Program Administrator"), which is Ademco Inc., a subsidiary of Resideo Technologies, Inc., a Delaware corporation, having a place of business at 1985 Douglas Drive, Golden Valley, MN 55422 (d/b/a "Resideo Grid Services"). By enrolling in the BYOD Program, you are also agreeing to Program Administrator's EULA and Privacy Policy, available at https://connectedsavings.com/eula and https://connectedsavings.com/privacy-overview/privacy-policy/ (respectively) or such other location as notified by the Program Administrator on its website.<br><br>The DR Systems of SMECO incorporate the use of the EnergyHub (formerly known as Mercury) platform ("EnergyHub Platform").[3]<br><br>The DR Systems of BG&E have incorporated and/or incorporate the use of the Resideo Platform and/or the EnergyHub Platform:<br><br>**EnergyHub and Baltimore Gas and Electric Deploy BYOT and EV Charging Programs,** https://www.energyhub.com/news/bge-byot-and-ev-charging-der-programs |

---

[2] https://homeenergysavings.pepco.com/sites/default/files/47327_Pepco_EWR_BYOD_TC_v2_RELEASE-508.pdf

[3] For example, the "Terms of Use" and "Privacy Policy" links at the bottom of the SMECO SmartTemp webpage (https://greatergrid.com/enroll/programs/thermostats/smeco) both are directed to the EnergyHub End User License Agreement at https://www.energyhub.com/terms.

**BGE Connected Rewards** (providing an EnergyHub email address (bge@energyhub.com))
https://web.archive.org/web/20231004190713/https://enrollmythermostat.com/bge/

**BG&E Connected Rewards Terms and Conditions:[4]**

> The Program is provided by Resideo, 16100 N 71st St Suite 550, Scottsdale, AZ 85254 ("**Sponsor**").
>
> Additional program details and the Program application for enrollment is available at the following website address: **https://connect.connectedsavings.com/#!/getdevice?campaignId=384**
>
> The Program Terms are available at the following website: **https://connectedsavings.com/bge-tcs/**
>
> Resideo contact information for the program is: **enerysupport@Resideo.com.**

In 2025, EnergyHub acquired Resideo Connected Savings, and the latest EnergyHub EULA expressly states that it applies to both platforms and describes them as managing power on an electric power grid:[5]

---

[4] https://connectedsavings.com/bge-tcs/#toggle-id-1.

[5] EnergyHub End User License Agreement, available at www.energyhub.com/terms.

## 2. THE ENERGYHUB SYSTEM

We provide utilities with award-winning, consumer-facing, demand energy-management response products and related services. These products and services empower people to be energy efficient and change the way people think about their energy usage. These Terms provide the terms applicable to your use of our web-based services (the "**Services**"), whether you are accessing the Services via one of our websites at http://www.energyhub.com, https://www.connectedsavings.com, or other websites operated by EnergyHub (the "Website"); the Website or any other content provided through the System (the "**Content**"); devices connected to the Services, including, without limitation, connected devices, electric vehicles, electric vehicle chargers, solar inverters, solar panels, batteries, water heaters, heat pumps, window air conditioners, pool pumps, and connected thermostats (the "**Devices**"); mobile applications operated by EnergyHub for itself or on behalf of utilities or thermostat providers (the "**Mobile Apps**") and the Mercury platform, which interconnect the Website, the Mobile Apps, and the Devices; or through any other medium or device now known or hereafter developed. In these Terms, for convenience we refer to the combination of products and services we provide, including the Services, the Website, the Content, the Devices, the Mobile Apps, and the EnergyHub Platform (formerly the Mercury Platform), the LoadFlex Platform, and the Connected Savings Platform (collectively, the "Platforms") as, collectively, the "**System**."

5

## 8. REQUIRED CONNECTIVITY

Some portions of the System require a data connection between certain devices or systems on your property and our servers. You must provide this connection at your sole expense and responsibility. EnergyHub is not responsible for the availability of this connection or liable for any consequences that may result from the unavailability or quality of such connection and reserves the right to change the access configuration of its System at any time and without prior notice to you.

Some portions of the System may require a connection to your electric, water, gas, or other utilities (between you and the utilities, the utilities and us, or both). We are not responsible for the availability of these connections or liable for any consequences that may result from the unavailability or quality of such connections. You agree to allow us access to your billing and usage information from the utilities for the purpose of our providing that information to you through the System.

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 8 of 56

|  | |
|---|---|
|  | *See* also, **Resideo Connected Savings EULA:**[6]<br><br>Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program: |
| 8[a] at least one server, including a processor and a memory, wherein the at least one server receives a power control command requiring a reduction of an amount of power consumed by at least one power consuming device; | Each DR System comprises at least one server, including a processor and a memory, wherein the at least one server receives a power control command requiring a reduction of an amount of power consumed by at least one power consuming device.  For example, each DR System includes the Resideo Platform or the EnergyHub Platform ("at least one server, including a processor and a memory") that is used by the utilities ("the at least one server receives a power control command") to send curtailment commands to registered smart thermostats controlling HVACs ("requiring a reduction of an amount of power consumed by at least one power consuming device").<br><br>**PJM OPEN ACCESS TRANSMISSION TARIFF, attachment K**[7]<br><br>To participate in the Emergency Load Response Program and Pre-Emergency Load Response Program, the Demand Resource must: |

---

[6] For example, https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

[7] PJM documents referenced herein, including the Operating Agreement, Open Access Transmission Tariff, Reliability Assurance Agreement and all Manuals are available for download at https://www.pjm.com/library.

Be capable of reducing at least 100 kW of load
Be capable of receiving notification of a Load Management Event.
The location shall not be Critical Natural Gas Infrastructure.

**PJM Manual 11**

## 10.1 Overview of Demand Resource Participation

PJM Economic Load Response enables Demand Resources to respond to PJM Energy, Synchronized Reserve, and/or Secondary Reserve prices by reducing consumption and receiving a payment for the reduction or following PJM signal to reduce or increase load if providing regulation services.

- The Day-ahead Option provides a mechanism by which any qualified Market Participant may offer Demand Resources the opportunity to reduce the load they draw from the PJM system in advance of Real-time operations and receive payments based on Day-ahead LMP for the reductions.

- The Real-time Option provides a mechanism by which any qualified Market Participant may offer Demand Resources the opportunity to commit to a reduction and receive payments based on Real-time LMP for the reductions.

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 10 of 56

**PJM Manual 18**

### 4.3.2 Types of Load Management Programs

PJM recognizes three types of Load Management programs:

- Firm Service Level (FSL) – Load management achieved by a customer reducing its load to a pre-determined level (the Firm Service Level), upon notification from the resource provider's market operations center or its agent.

- Guaranteed Load Drop (GLD) – Load management achieved by a customer reducing its load by a pre-determined amount (the Guaranteed Load Drop), upon notification from the resource provider's market operations center or its agent. Typically, the load reduction is achieved through running customer-owned backup generators, or by shutting down process equipment.

For each type of recognized Load Management Program, there can be three notification periods:

- 30 Minute Lead Time – Load management which must be fully implemented in 30 minutes or less from the time the PJM dispatcher notifies the market operations center of a curtailment event.

- 60 Minute Lead Time – Load management which requires more than 30 minutes but no more than one hour, from the time the PJM dispatcher notifies the market operations center of a curtailment event, to be fully implemented.

- 120 Minute Lead Time - Load management which requires more than one hour but no more than two hours, from the time the PJM dispatcher notifies the market operations center of a curtailment event, to by fully implemented.

**PJM Manual 13**

## 1.3 Communications

Effective communications are critical to ensure reliability during emergency operations. PJM conducts regular conference calls with System Operations Subcommittee representatives (TOs) as well as neighboring RCs BAs and TOPs during emergency operations. Attachment B defines Teleconference Protocol Guidelines. Any operational decisions made on these calls or otherwise outside of normal control room operations shall be followed with a call, between control rooms to confirm understanding of the decision by all parties.

Electronic communications and data quality are also critical. Interruptions to electronic communications can result in inaccurate analysis, inefficient dispatch and potential unreliable operations. Effective operator-to-operator or operator-to-support staff communications are essential to ensure reliable operations and quickly restore data communications.

- PJM dispatchers — Declare and implement emergency procedures
- Local Control Center (LCC) and Market Operations Centers (MOC) dispatchers — respond to PJM dispatcher requests for emergency procedures

The Resideo Platform and EnergyHub Platform:[8]

## 8. REQUIRED CONNECTIVITY

Some portions of the System require a data connection between certain devices or systems on your property and our servers. You must provide this connection at your sole expense and responsibility. EnergyHub is not responsible for the availability of this connection or liable for any consequences that may result from the unavailability or quality of such connection and reserves the right to change the access configuration of its System at any time and without prior notice to you.

Some portions of the System may require a connection to your electric, water, gas, or other utilities (between you and the utilities, the utilities and us, or both). We are not responsible for the availability of these connections or liable for any consequences that may result from the unavailability or quality of such connections. You agree to allow us access to your billing and usage information from the utilities for the purpose of our providing that information to you through the System.

---

[8] End User License Agreement, available at https://www.energyhub.com/terms.

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 13 of 56

The EnergyHub Platform:
https://info.energyhub.com/hubfs/Fact%20sheets/EnergyHub%20BYOT%20fact%20sheet_v4.pdf

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 14 of 56

https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub_DERMS_FactSheet_3.18.pdf



Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 15 of 56

https://www.energyhub.com/edge-derms-platform/vpp-strategies/demand-response



Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 16 of 56

EnergyHub Whitepaper, Firm Load Dispatch
https://415845.fs1.hubspotusercontent-na1.net/hubfs/415845/White%20papers%20(2021)/EnergyHub%20WhitePaper-Firm%20Load%20Dispatch_2021.pdf



15

| | |
|---|---|
| | The Resideo Platform:[9]<br><br>Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program:<br><br>"**Required Connectivity**. Some portions of CS require a data connection between your DER and our servers." |
| 8[b] at least one client device in network communication with the at least one server; | Each DR System comprises at least one client device in network communication with the at least one server.  The communication may occur through one or more intermediate servers (e.g., smart thermostat server).<br><br>The servers of BG&E, Delmarva and PEPCO include at least the Resideo Platform.  The servers of SMECO include at least the EnergyHub Platform.<br><br>The use of smart thermostats that communicate with utility servers to control HVAC systems is contemplated by the regulatory and ISO (PJM) requirements. |

---

[9] https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

| | |
|---|---|
| | For example:<br><br>**FERC 2025 Assessment of Demand Response and Advanced Metering at 33:**[10]<br><br>The working paper found that providing control technologies, such as programmable thermostats, improves the effectiveness of time-based rate designs in reducing peak demand.<br><br>**Public Service Commission of Maryland, ORDER AUTHORIZING TRANSITION TO 2024-2026 PROGRAM CYCLE at 9 n.47:**[11]<br><br>DR programs are designed to allow utilities to adjust customer-owned thermostats during high-demand events to decrease usage and increase bill savings.<br><br>**PJM OPEN ACCESS TRANSMISSION TARIFF, attachment K**[12]<br><br>To participate in the Emergency Load Response Program and Pre-Emergency Load Response Program, the Demand Resource must:<br>    Be capable of reducing at least 100 kW of load<br>    Be capable of receiving notification of a Load Management Event.<br>    The location shall not be Critical Natural Gas Infrastructure. |

---

[10] https://www.ferc.gov/sites/default/files/2025-12/25_Annual%20Assessment%20of%20Demand%20Response_1212.pdf.

[11] https://psc.maryland.gov/wp-content/uploads/2024-2026-Transition-Order.pdf

[12] https://www.pjm.com/pjmfiles/directory/merged-tariffs/oatt.pdf

The Resideo Platform and EnergyHub Platform:[13]

## 8. REQUIRED CONNECTIVITY

Some portions of the System require a data connection between certain devices or systems on your property and our servers. You must provide this connection at your sole expense and responsibility. EnergyHub is not responsible for the availability of this connection or liable for any consequences that may result from the unavailability or quality of such connection and reserves the right to change the access configuration of its System at any time and without prior notice to you.

Some portions of the System may require a connection to your electric, water, gas, or other utilities (between you and the utilities, the utilities and us, or both). We are not responsible for the availability of these connections or liable for any consequences that may result from the unavailability or quality of such connections. You agree to allow us access to your billing and usage information from the utilities for the purpose of our providing that information to you through the System.

---

[13] End User License Agreement, available at https://www.energyhub.com/terms.

18

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 20 of 56

The EnergyHub Platform:
https://info.energyhub.com/hubfs/Fact%20sheets/EnergyHub%20BYOT%20fact%20sheet_v4.pdf



Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 21 of 56

https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub_DERMS_FactSheet_3.18.pdf

The Resideo Platform:[14]

Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program:

"**Required Connectivity**. Some portions of CS require a data connection between your DER and our servers."

https://www.energyhub.com/industry-leading-technology

Mercury DERMS supports and uses the latest open standards and protocols including OpenADR 2.0, IEEE 2030.5 (SEP 2.0), and DNP3 in addition to web service-based cloud-to-cloud integrations with select DER vendors.

---

[14] https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

| | |
|---|---|
| | https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/<br><br>**DYNAMIC ENERGY CONTROL**<br><br>As grid needs increase, no stone is left unturned in our suite of energy products. Water heater timers are rapidly being replaced with more dynamic energy control devices, including direct install modules, CTA-2045 devices, and native Wi-fi connections in the next generation of smart water heaters. Our platform uses cloud to cloud APIs and OpenADR2.0b to dynamically control your suite of water heater devices with advance control strategies to achieve your energy goals. |
| 8[c] wherein the at least one server issues a power control message to the at least one client device in response to the power control command; | In each DR System, the at least one server issues a power control message to the at least one client device in response to the power control command. For example, the utility servers (e.g., the EnergyHub and/or Resideo Platforms) ("at least one server") issue a message ("power control message") to the smart thermostats and/or load switches ("at least one client device") in response to the new DR event input ("power control command").<br><br>**PJM Operating Agreement, Schedule 1, Section 8.2**<br><br>"To participate in the Emergency Load Response Program and Pre-Emergency Load Response Program, the Demand Resource must: . . . Be capable of receiving notification of a Load Management Event."<br><br>**PJM Operating Agreement**<br><br>"Load Management Event" shall mean a) a single temporally contiguous dispatch of Demand Resources in a Compliance Aggregation Area during an Operating Day, or b) multiple dispatches of Demand Resources in a Compliance Aggregation Area during an Operating Day that are temporally contiguous.<br><br>"Load Reduction Event" shall mean a reduction in demand by a Member or Special Member for the purpose of participating in the PJM Interchange Energy Market. |

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 24 of 56

| | |
|---|---|
| | "Synchronized Reserve Event" shall mean a request from the Office of the Interconnection to generation resources and/or Economic Load Response Participant resources able, assigned or self-scheduled to provide Synchronized Reserve in one or more specified Reserve Zones or Reserve Sub-zones, within ten minutes, to increase the energy output or reduce load by a directed amount of the assigned or self-scheduled Synchronized Reserve.<br><br>https://homeenergysavings.pepco.com/energywiserewards/md/residential/faq<br><br>**How does Energy Wise Rewards work?**<br><br>When you enroll, we'll connect an indoor Energy Wise Rewards programmable thermostat or an outdoor switch near your central air conditioning unit or heat pump. On selected days from June through October, we'll automatically cycle participating central air conditioners and heat pumps to help balance the region's demand for electricity. These events are known as "conservation periods". The more participants in the program, the greater the likelihood of reduced duration for any single conservation period. Energy Wise Rewards works best when it is truly a community-wide effort.<br><br>https://homeenergysavings.delmarva.com/energywiserewards/md/residential/faq<br><br>**How does Energy Wise Rewards work?**<br><br>When you enroll, we'll connect an indoor Energy Wise Rewards programmable thermostat or an outdoor switch near your central air conditioning unit or heat pump. On selected days from June through October, we'll automatically cycle participating central air conditioners and heat pumps to help balance the region's demand for electricity. These events are known as "conservation periods". The more participants in the program, the greater the likelihood of reduced duration for any single conservation period. Energy Wise Rewards works best when it is truly a community-wide effort. |

https://www.smeco.coop/energy-efficiency/residential-programs/smarttemp/



How do thermostat adjustments work during events and will it compromise my comfort?

• During an adjustment event (June through October only), your thermostat will be automatically adjusted up to 4°F based on your current temperature setting.
• The typical event will last four hours or less on non-holiday weekday afternoons. Once the event is over, your thermostat will return to its normal setting.
• Your participation is completely voluntary, and you will retain control of your thermostat. You can easily opt out of an event for any reason.

https://bgesmartenergy.com/residential/earn-incentives/connectedrewards/faqs

**How will my thermostat be adjusted?** ∧

At the start of a non-emergency* adjustment event, your thermostat will be automatically adjusted up to 4 degrees from the current thermostat setpoint. The adjustment will typically last no more than six hours on non-holiday weekdays. Once the temperature adjustment is over, your thermostat will return to its normal setpoint and/or schedule. In some cases, your thermostat may be adjusted up to 3 degrees before an adjustment event to pre-condition your home. You can opt out of a non-emergency event at any time from your mobile device, web browser or thermostat.

*During an emergency event, regional demand for electricity is close to surpassing regional supply and BGE is required to activate the Connected Rewards Program. This type of event is usually called to avoid potential service interruptions. During an emergency event and the transition period after the event, you may not have the ability to override your program participation.

**EnergyHub Platforms:**

https://www.energyhub.com/privacy-policy

Our Services (defined below) integrate with connected devices in your home, such as heat pumps, water heaters, smart thermostats, batteries, electric vehicle supply equipment (EVSE), electric vehicles, and solar inverters, to manage programs operated by our utility partners.

https://www.energyhub.com/edge-derms-platform/utility-integrations

Send a dispatch from your Grid DERMS to customers of specified rates, pulled from your CIS system.

**EnergyHub BYOT Fact Sheet v. 4**
https://info.energyhub.com/hubfs/Fact%20sheets/EnergyHub%20BYOT%20fact%20sheet_v4.pdf



## Demand response management system

Maximize load shed with a demand response module that leverages advanced machine-learning algorithms for intelligent device control.

**Mercury DERMS fact sheet**
https://cdn2.hubspot.net/hubfs/415845/Resources/Mercury%20DERMS%20fact%20sheet.pdf



# Mercury DERMS Platform

Mercury gives utilities real-time visibility into DERs and greater control at the grid edge

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 28 of 56

## Mercury DERMS capabilities

\* Peak reduction

\* Load shift

\* Solar shifting and firming

\* Voltage & frequency response

\* Rate optimization

## Manage DERs from a single hub

Employing real-time analytics and dynamic visualizations, EnergyHub's Mercury DERMS is uniquely equipped to provide the suite of solutions utilities need to monitor and manage a range of connected and aggregated devices — including smart inverters, battery energy storage systems, smart thermostats, grid-interactive water heaters, and electric vehicles.

27

Communicating with, controlling, and optimizing the performance of DERs requires an end-to-end software system that is integral to a utility's day-to-day operations. Utilities need a DERMS that can:

* Create situational awareness at the grid-edge

* Engage with customers and enroll DERs into programs

* Monitor and forecast DER activity in relation to grid operations

* Coordinate control/dispatch of resources for grid-support services

**EnergyHub Privacy Policy**
https://www.energyhub.com/privacy-policy

Our Services (defined below) integrate with connected devices in your home, such as heat pumps, waterheaters, smart thermostats, batteries, electric vehicle supply equipment (EVSE), electric vehicles, and solar inverters, to manage programs operated by our utility partners.
. . .
If you are using our System (including by using your Device when connected to the EnergyHub Platform) from outside of the United States, please be aware that your information may be transferred to, stored in, or processed in the United States, where our servers are located and our central database is operated.

**The Resideo Platforms:**

**Connected Savings EULA**
https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/

Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program:

"**Required Connectivity**. Some portions of CS require a data connection between your DER and our servers."

https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/:

## TAILORED DR STRATEGIES

**Connected Savings Intelligence℠ (CSI)** offers a variety of tailored DR strategies for all of the major energy using devices in the home. Our hyper local weather data, thermodynamic models, and machine learning create an orchestrated experience via a single interface across all device types. CSI provides precise and accurate capacity and load forecasts for DR event planning and management for residential and SMB customers.

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 31 of 56



Sample load reduction of an actual program in June 2016, comparing baseline to reduced load for a 2 hour DR event.

**BGE – Google Rush Hour Rewards Program Agreement**
(https://support.renewhome.com/en_us/baltimore-gas-electric-r1UIku9xl)

"Under the program, your Utility notifies Google of the existence of a Rush Hour Rewards event, causing Google's servers to remotely inform your Google Nest thermostat ("Nest Thermostat") to automatically change the temperature setpoint in your home on that day, without any manual intervention by you."

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 32 of 56

| | |
|---|---|
| | **ecobee eco+ utility integration**<br>https://www.ecobee.com/en-us/utilities/<br><br>**Increase enrollment in your demand response program.**<br><br>Reduce load demand at scale with our smart thermostats and eco+ technology, tailor-made to increase program success and participation.<br><br>• eco+ automation technology helps streamline enrollment and participation in Energy Efficiency, Demand Response, Time of Use programs.<br><br>• Utility portals and APIs help manage customer engagement and participation in energy programs.<br><br>• Have thermostats pre-enrolled in select programs that are purchased in bulk or through a marketplace. |

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 33 of 56

|  | https://www.energyhub.com/industry-leading-technology<br><br>Mercury DERMS supports and uses the latest open standards and protocols including OpenADR 2.0, IEEE 2030.5 (SEP 2.0), and DNP3 in addition to web service-based cloud-to-cloud integrations with select DER vendors.<br><br>https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/<br><br>**DYNAMIC ENERGY CONTROL**<br><br>As grid needs increase, no stone is left unturned in our suite of energy products. Water heater timers are rapidly being replaced with more dynamic energy control devices, including direct install modules, CTA-2045 devices, and native Wi-fi connections in the next generation of smart water heaters. Our platform uses cloud to cloud APIs and OpenADR2.0b to dynamically control your suite of water heater devices with advance control strategies to achieve your energy goals. |
| --- | --- |
| 8[d] wherein the power control message causes the at least one client device to adjust a setting of the at least one power consuming device, and wherein the adjustment of the setting of the at least one power consuming device results in a reduction of power | In each DR System, the power control message causes the at least one client device to adjust a setting of the at least one power consuming device, and wherein the adjustment of the setting of the at least one power consuming device results in a reduction of power consumed by the at least one power consuming device. For example, the utility servers instruct ("power control message") the smart thermostats to adjust a set point, adjust timing of a setpoint and/or otherwise turn off the HVAC unit ("adjust a setting of the at least one power consuming device") to cause a reduction in consumed power ("the adjustment of the setting of the at least one power consuming device results in a reduction of power consumed by the at least one power consuming device"). |

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 34 of 56

| consumed by the at least one power consuming device; | **Maryland Public Service Commission, The EmPOWER Maryland Energy Efficiency Act Report of 2025 at 14:**<br>https://psc.maryland.gov/wp-content/uploads/2025/11/2025-EmPOWER-Maryland-Energy-Efficiency-Act-Standard-Report-Final.pdf<br><br>Customers who have chosen to participate in the direct load control (DLC) programs included in the Utilities' demand response portfolios have a switch or thermostat installed at their properties to briefly curtail usage of central air conditioning or an electric heat pump in instances of system reliability issues or high electricity prices during critical peak hours. Each direct load control DR program includes the following common components: . . . (4) with the exception of the SMECO DR program, customers can select one of three cycling choices (50 percent, 75 percent, or 100 percent).[32] Utilities will invoke the cycling process when PJM calls for an emergency event or if the Utilities individually determine that an event is necessary during summer peak season. Table 10 summarizes the incentives offered by the Utilities to the residential program participants. |

[32] The three cycling choices represent the air conditioner compressor working cycled reduced by 50 percent, 75 percent, and 100 percent under PJM- or utility-invoked emergency events during summer peak season. SMECO only offers a 50 percent and 75 percent cycling level with corresponding bill credits of $50 and $75 during the summer months.

**Table 10 Utilities' Incentive Levels for Residential Demand Response Program Participants**

| Utility | 50% Cycling | | 75% Cycling | | 100% Cycling | | Bill Credit Months |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Installation Incentive | Annual Bill Credit | Installation Incentive | Annual Bill Credit | Installation Incentive | Annual Bill Credit | |
| BGE | $50 | $50 | $75 | $75 | $100 | $100 | Jun.–Sept. |
| Pepco | $40 | $40 | $60 | $60 | $80 | $80 | Jun.– Oct. |
| DPL | $40 | $40 | $60 | $60 | $80 | $80 | Jun.– Oct. |
| SMECO | *** | $50 | *** | $75 | N/A | N/A | Jun.– Oct. |

33

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 35 of 56

https://homeenergysavings.delmarva.com/energywiserewards/md/residential/participation

| Device Type | Cycling Options | Temperature Increase | Annual Reward* | Installation Credit** | Total Rewards for Your First 12 Months* |
|---|---|---|---|---|---|
| Program-installed thermostat or outdoor switch | 50% | 1-3 DEGREES | $40 | $40 | UP TO $80 |
| Program-installed thermostat or outdoor switch | 75% | 2-4 DEGREES | $60 | $60 | UP TO $120 |
| Program-installed thermostat or outdoor switch | 100% | 4-7 DEGREES | $80 | $80 | UP TO $160 |
| Bring Your Own Device (BYOD) thermostat | 50% | 1-3 DEGREES | $40 | | $40 |

https://homeenergysavings.pepco.com/energywiserewards/md/residential/participation

| Device Type | Cycling Options | Temperature Increase | Annual Reward* | Installation Credit** | Total Rewards for Your First 12 Months* |
|---|---|---|---|---|---|
| Program-installed thermostat or outdoor switch | 50% | 1-3 DEGREES | $40 | $40 | UP TO $80 |
| Program-installed thermostat or outdoor switch | 75% | 2-4 DEGREES | $60 | $60 | UP TO $120 |
| Program-installed thermostat or outdoor switch | 100% | 4-7 DEGREES | $80 | $80 | UP TO $160 |
| Bring Your Own Device (BYOD) thermostat | 50% | 1-3 DEGREES | $40 | | $40 |

https://greatergrid.com/enroll/programs/thermostats/smeco/faq_1/

- Participants agree to brief thermostat adjustments of 4 degrees or less during peak electric demand periods from **June through October.** Adjustments to your thermostat typically occur on weekdays and last no more than four hours. (Unless there is a system emergency, peak periods do not occur on weekends or holidays.)

https://www.thermostatrewards.com/bge/faq/

"Participants agree to brief, limited adjustments of up to four degrees on their thermostats during peak electric demand periods from May through October. Enrolled customers can anticipate up to 15 adjustment events per summer. Adjustments will typically not occur on weekends or holidays."

35

| | |
|---|---|
| | • At the start of an adjustment event, your thermostat will be automatically adjusted up to four degrees above the current temperature.<br>• The adjustment will typically last no more than six hours on non-holiday weekdays.<br>• Once the temperature adjustment is over, your thermostat will return to its normal set point and/or schedule.<br>• In some cases, your thermostat may be adjusted up to three degrees cooler prior to an adjustment event to precool your home.<br>• You can opt out of an event at any time from your mobile device, web browser or thermostat. |
| 8[e] wherein the at least one server or the at least one client device generates a value relating to a reduction in consumed power based on duty cycles and/or set points for the at least one power consuming device participating in at least one load control event; | For each DR System, the at least one server or the at least one client device generates a value relating to a reduction in consumed power based on duty cycles and/or set points for the at least one power consuming device participating in at least one load control event. For example, PJM requires that the utility servers ("at least one server or the at least one client device") perform VEE on meter load data corresponding to the reduction in consumed power ("generates a value"), which is based on duty cycles and/or set points for an HVAC ("relating to a reduction in consumed power based on duty cycles and/or set points for the at least one power consuming device participating in at least one load control event").<br><br>*See* 8[d] above.<br><br>**PJM Manual 19 at 31**<br><br>**Data Validation and Estimation**<br><br>Data must be validated and estimated in accordance with the NAESB Validating, Editing, and Estimating (VEE) Protocol. This protocol should be used for validation and estimation of 1-minute data for the SR market as well as hourly data for capacity and energy markets. Note: All rules for hourly data shall apply to 1 minute data where the only difference is the use of 1 minute interval instead of 1 hour interval. |

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 38 of 56

**PJM Manual 11**

## 10.4 Demand Resource Metering and Settlement Data Requirements

The settlements submitted to PJM by CSPs must conform to the following requirements for data, including metered data, and CBL calculations. All settlement related calculations for Economic and Emergency Demand Resources are provided in PJM Manual 28: Operating Agreement Accounting.

### 10.4.1 Metered Data

Demand Resources must be equipped with interval meters recording electrical usage at the EDC account level. The interval of data collection must be sufficient to provide PJM with hourly, one minute or real time load data as applicable for the wholesale market. Residential Direct Load Control (RDLC) aggregates may have interval meters installed on a statistical sample of EDC accounts per PJM Manual 19: Load Forecasting and Analysis, Attachment C and subject to PJM approval.

Load data must be provided for all hours of the day and for all days necessary for PJM to calculate the CBL for settlements or to measure compliance as necessary.

## 10.6 Interval Meter Equipment and Load Data Requirements

All interval load data, except where also used for retail electric service, shall at a minimum comply with the NAESB VEE (Validate, Edit & Estimate) standards, where applicable, for retail electric service to ensure the quality of the information.

A CSP or their designated agent that violate these standards is not allowed to manage the installation/maintenance of metering equipment and associated load data for PJM settlements or compliance.

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 39 of 56

**Maryland Public Service Commission, The EmPOWER Maryland Energy Efficiency Act Report of 2025 at 14:**
https://psc.maryland.gov/wp-content/uploads/2025/11/2025-EmPOWER-Maryland-Energy-Efficiency-Act-Standard-Report-Final.pdf

Customers who have chosen to participate in the direct load control (DLC) programs included in the Utilities' demand response portfolios have a switch or thermostat installed at their properties to briefly curtail usage of central air conditioning or an electric heat pump in instances of system reliability issues or high electricity prices during critical peak hours. Each direct load control DR program includes the following common components: . . . (4) with the exception of the SMECO DR program, customers can select one of three cycling choices (50 percent, 75 percent, or 100 percent).[32] Utilities will invoke the cycling process when PJM calls for an emergency event or if the Utilities individually determine that an event is necessary during summer peak season. Table 10 summarizes the incentives offered by the Utilities to the residential program participants.

[32] The three cycling choices represent the air conditioner compressor working cycled reduced by 50 percent, 75 percent, and 100 percent under PJM- or utility-invoked emergency events during summer peak season. SMECO only offers a 50 percent and 75 percent cycling level with corresponding bill credits of $50 and $75 during the summer months.

**Table 10 Utilities' Incentive Levels for Residential Demand Response Program Participants**

| Utility | 50% Cycling | | 75% Cycling | | 100% Cycling | | Bill Credit Months |
|---|---|---|---|---|---|---|---|
| | Installation Incentive | Annual Bill Credit | Installation Incentive | Annual Bill Credit | Installation Incentive | Annual Bill Credit | |
| BGE | $50 | $50 | $75 | $75 | $100 | $100 | Jun.–Sept. |
| Pepco | $40 | $40 | $60 | $60 | $80 | $80 | Jun.– Oct. |
| DPL | $40 | $40 | $60 | $60 | $80 | $80 | Jun.– Oct. |
| SMECO | *** | $50 | *** | $75 | N/A | N/A | Jun.– Oct. |

https://homeenergysavings.delmarva.com/energywiserewards/md/residential/participation

| Device Type | Cycling Options | Temperature Increase | Annual Reward* | Installation Credit** | Total Rewards for Your First 12 Months* |
|---|---|---|---|---|---|
| Program-installed thermostat or outdoor switch | 50% | 1-3 DEGREES | $40 | $40 | UP TO $80 |
| Program-installed thermostat or outdoor switch | 75% | 2-4 DEGREES | $60 | $60 | UP TO $120 |
| Program-installed thermostat or outdoor switch | 100% | 4-7 DEGREES | $80 | $80 | UP TO $160 |
| Bring Your Own Device (BYOD) thermostat | 50% | 1-3 DEGREES | $40 | | $40 |

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 41 of 56

https://homeenergysavings.pepco.com/energywiserewards/md/residential/participation

| Device Type | Cycling Options | Temperature Increase | Annual Reward* | Installation Credit** | Total Rewards for Your First 12 Months* |
|---|---|---|---|---|---|
| Program-installed thermostat or outdoor switch | 50% | 1-3 DEGREES | $40 | $40 | UP TO $80 |
| Program-installed thermostat or outdoor switch | 75% | 2-4 DEGREES | $60 | $60 | UP TO $120 |
| Program-installed thermostat or outdoor switch | 100% | 4-7 DEGREES | $80 | $80 | UP TO $160 |
| Bring Your Own Device (BYOD) thermostat | 50% | 1-3 DEGREES | $40 | | $40 |

https://greatergrid.com/enroll/programs/thermostats/smeco/faq_1/

- Participants agree to brief thermostat adjustments of 4 degrees or less during peak electric demand periods from **June through October.** Adjustments to your thermostat typically occur on weekdays and last no more than four hours. (Unless there is a system emergency, peak periods do not occur on weekends or holidays.)

https://www.thermostatrewards.com/bge/faq/

"Participants agree to brief, limited adjustments of up to four degrees on their thermostats during peak electric demand periods from May through October. Enrolled customers can anticipate up to 15 adjustment events per summer. Adjustments will typically not occur on weekends or holidays."

| | |
|---|---|
| | <ul><li>At the start of an adjustment event, your thermostat will be automatically adjusted up to four degrees above the current temperature.</li><li>The adjustment will typically last no more than six hours on non-holiday weekdays.</li><li>Once the temperature adjustment is over, your thermostat will return to its normal set point and/or schedule.</li><li>In some cases, your thermostat may be adjusted up to three degrees cooler prior to an adjustment event to precool your home.</li><li>You can opt out of an event at any time from your mobile device, web browser or thermostat.</li></ul> |
| 8[f] wherein the duty cycles and/or the set points of the at least one power consuming device is determined at the at least one client device or at the at least one server; and | For each DR System, the duty cycles and/or the set points of the at least one power consuming device is determined at the at least one client device or at the at least one server.<br><br>*See* 8[d] above. |
| 8[g] wherein the at least one server generates a total energy savings for one of the at least one load control event based on the value relating to the reduction in consumed power for each of the at least one power consuming device. | For each DR System, the at least one server generates a total energy savings for one of the at least one load control event based on the value relating to the reduction in consumed power for each of the at least one power consuming device. For example, the Resideo and/or EnergyHub Platforms ("the at least one server") generates and displays total energy saved ("a total energy savings for one of the at least one load control event") based at least in part on the VEE'd load data from the DR event for each HVAC unit ("the value relating to the reduction in consumed power for each of the at least one power consuming device").<br><br>**EnergyHub Platform**<br>https://www.energyhub.com/edge-derms-platform/vpp-strategies/demand-response |

41

# Track and review event outcomes

Monitor demand response event performance in near real-time. Use data and reports to fine-tune dispatch strategy over time.



# Review data anytime, anywhere

All the data you need in one accessible location. Review participation, net load shed vs. baseline, view load shapes, and download and share reports.

| | https://www.energyhub.com/edge-derms-platform/der-types/thermostat-utility-programs |
| --- | --- |
| | **Review performance and reports**<br><br>Monitor performance with near-real-time event dashboards. Measure load shed against baselines, and track participation, opt outs, and more.<br><br>Resideo Platform<br><br>https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/<br><br>**TAILORED DR STRATEGIES**<br>**Connected Savings Intelligence℠ (CSI)** offers a variety of tailored DR strategies for all of the major energy using devices in the home. Our hyper local weather data, thermodynamic models, and machine learning create an orchestrated experience via a single interface across all device types. CSI provides precise and accurate capacity and load forecasts for DR event planning and management for residential and SMB customers. |

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 46 of 56



| | |
|---|---|
| 10. The system of claim 8, wherein the at least one server aggregates total energy savings for a plurality of load control events to generate cross-event total energy savings. | For each DR System, the at least one server aggregates total energy savings for a plurality of load control events to generate cross-event total energy savings. |

**EnergyHub Platorm**

https://www.energyhub.com/edge-derms-platform/platform-overview

https://www.energyhub.com/edge-derms-platform/der-types/thermostat-utility-programs

**Resideo Platform**

https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/



| 11. The system of claim 8, wherein the at least one client device includes at least one load control switch. | The DR Systems of at least Pepco, BG&E and Delmarva Power have at least one client device that includes at least one load control switch. |
| --- | --- |
| | https://homeenergysavings.delmarva.com/md/residential/smart-thermostat-savings |
| | "If you have an Energy Wise Rewards outdoor switch and are participating in the program, you should not enroll your smart thermostat in Energy Wise Rewards. You can continue to participate in Energy Wise Rewards via your outdoor switch." |

Case 8:26-cv-02076-PX   Document 1-7   Filed 05/26/26   Page 49 of 56

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 50 of 56

| |
|---|
| https://homeenergysavings.pepco.com/energywiserewards/md/residential/participation<br><br>**Outdoor switch**<br><br>An outdoor switch is a small device installed outside, near your central A/C unit.<br><br>- Operates automatically<br>- Professionally installed at no charge<br>- You do not have to be home for installation if your air conditioner is easily and safely accessible<br><br>**EnergyHub and Baltimore Gas and Electric Deploy BYOT and EV Charging Programs**<br>https://www.energyhub.com/news/bge-byot-and-ev-charging-der-programs<br><br>**Evolving Demand Response to BYOD with a DERMS**<br><br>BGE is a national leader in demand response, with combined switch and direct install thermostat programs counting over 350,000 participants. Implementing EnergyHub's Mercury DERMS allows BGE to evolve their existing demand response programs to a customer-friendly BYOD model and gives the utility the ability to manage multiple behind-the-meter asset classes with a single platform. |

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 51 of 56

| 15[pre] A system for managing an electric power grid, comprising: | Each of the Maryland Utilities makes and uses a system that operates the respective Demand Response Program ("DR System").  Each of these DR Systems manages an electric grid by, for example, communicating messages to and controlling the operation of smart thermostats and/or load control switches in order to reduce the consumption of electric power by load consuming devices during periods of peak demand.<br><br>*See* 8[pre] above. |
|---|---|
| 15[a] at least one server, including a processor and a memory, wherein the at least one server receives a power control command requiring a reduction of an amount of power consumed by at least one power consuming device; | Each DR System comprises at least one server, including a processor and a memory, wherein the at least one server receives a power control command requiring a reduction of an amount of power consumed by at least one power consuming device.<br><br>*See* 8[a] above |
| 15[b] at least one client device in network communication with the at least one server; | Each DR System comprises at least one client device in network communication with the at least one server.<br><br>*See* 8[b] above |
| 15[c] wherein the at least one server issues a power control message to the at least one client device in | In each DR System, the at least one server issues a power control message to the at least one client device in response to the power control command.<br><br>*See* 8[c] above |

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 52 of 56

| | |
|---|---|
| response to the power control command; | |
| 15[d] wherein the power control message causes the at least one client device to adjust a setting of the at least one power consuming device, and wherein the adjustment of the setting of the at least one power consuming device results in a reduction of power consumed by the at least one power consuming device; | In each DR System, the power control message causes the at least one client device to adjust a setting of the at least one power consuming device, and wherein the adjustment of the setting of the at least one power consuming device results in a reduction of power consumed by the at least one power consuming device.<br><br>*See* 8[d] above |
| 15[e] wherein the at least one server or the at least one client device generates a value relating to a reduction in consumed power of the at least one power consuming device participating in at least one load control event; and | In each DR System, the at least one server or the at least one client device generates a value relating to a reduction in consumed power of the at least one power consuming device participating in at least one load control event.<br><br>*See* 8[e] above |

51

| 15[f] wherein the at least one client device transmits an acknowledgement for participation of the at least one power consuming device in the at least one load control event in real time or near real time. | In each of the DR Systems, the at least one client device transmits an acknowledgement for participation of the at least one power consuming device in the at least one load control event in real time or near real time. For example, the smart thermostat sends a message acknowledging participation in the DR event ("transmits an acknowledgement for participation of the at least one power consuming device in the at least one load control event in real time or near real time"). Such an acknowledgement may be an ACK message, or another message that confirms participation.<br><br>For example, the web or mobile application shows that temperature adjustment is in progress because participation was acknowledged by the smart thermostats.<br><br>BGE Connect Rewards FAQ[15]<br><br>**How will I know that a temperature adjustment is in progress?**  Depending on your thermostat provider, notifications may appear on the thermosta[ ] or in your web or mobile application.<br><br>Pepco FAQ[16]<br><br>▾ **How will I know that a temperature adjustment is in progress?**<br><br>Depending on your thermostat provider, notifications will appear on the thermostat, mobile device, or web application. |

---

[15] https://www.thermostatrewards.com/bge/faq/

[16] https://homeenergysavings.pepco.com/md/faqs

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 53 of 56

SMECO FAQ[17]



https://web.archive.org/web/20220622064851/https://www.energyhub.com/platform/



---

[17] https://www.thermostatrewards.com/smeco/faq/

Case 8:26-cv-02076-PX    Document 1-7    Filed 05/26/26    Page 55 of 56

| | |
|---|---|
| | OpenADR Primer[18]<br><br>**OpenADR Features**<br><br>*Continuous, Secure and Reliable* – Provides continuous, secure, and reliable two-way communications infrastructures where the clients at the end-use site receive and acknowledge to the DR automation sever (DRAS) upon receiving the DR event signals. |
| 17. The system of claim 15, wherein the at least one client device includes at least one load control switch. | For each DR System, the at least one client device includes at least one load control switch.<br><br>*See* claim 11 above |
| 18. The system of claim 15, wherein the at least one client device includes at least one smart thermostat. | For each of the DR Systems, the at least one client device includes at least one smart thermostat.<br><br>*See* 15[pre] above. |

---

[18] https://www.openadr.org/assets/docs/openadr_primer.pdf

54

Case 8:26-cv-02076-PX   Document 1-7   Filed 05/26/26   Page 56 of 56

| 19. The system of claim 15, wherein the at least one power consuming device includes at least one heating, ventilation, air conditioning (HVAC) device. | For each of the DR Systems, the at least one power consuming device includes at least one heating, ventilation, air conditioning (HVAC) device.<br><br>*See* 15[pre] above. |
|---|---|
| 20. The system of claim 15, wherein the at least one server generates a total energy savings for one of the at least one load control event based on the value relating to the reduction in consumed power for each of the at least one power consuming device. | For each DR System, the at least one server generates a total energy savings for one of the at least one load control event based on the value relating to the reduction in consumed power for each of the at least one power consuming device.<br><br>*See* 8[g] above. |