# EXHIBIT 11

| Claims of U.S. Patent No. 10,116,134 | Evidence of Infringement by Utilities |
|---|---|
| 19[pre] A system for determining and using customer energy profiles to manage electrical load control events on a communications network between a server in communication with an electric grid operator or any market participant associated with an electric power grid and a plurality of customers at a plurality of service points, comprising: | Each of the Defendants ("Maryland Utilities") has at least one residential Demand Response Program. For example:<br><br>*Delmarva Power*<br><br>Energy Wise Rewards<br>https://homeenergysavings.delmarva.com/energywiserewards/md/residential/participation<br><br>Flex Rewards<br>https://homeenergysavings.delmarva.com/md/residential/flex-rewards<br><br>*Pepco*<br><br>Energy Wise Rewards<br>https://homeenergysavings.pepco.com/energywiserewards/md/residential/participation<br><br>Flex Rewards<br>https://homeenergysavings.pepco.com/md/residential/flex-rewards<br><br>*BG&E*<br><br>Connected Rewards<br>https://bgesmartenergy.com/residential/earn-incentives/connectedrewards<br><br>Peak Rewards<br>https://bgesmartenergy.com/residential/earn-incentives/peak-rewards/programs/ac<br><br>*SMECO*<br><br>SmartTemp |

1

| | https://greatergrid.com/enroll/programs/thermostats/smeco<br><br>Each of the Maryland Utilities makes and uses a system that operates the respective Demand Response Program ("Accused System" or "DR System"). Each of these DR Systems determines and uses customer energy profiles to manage electrical load control events on a communications network between a server in communication with an electric grid operator or any market participant associated with an electric power grid and a plurality of customers at a plurality of service points.<br><br>The DR Systems of Delmarva and PEPCO incorporate the use of Resideo Connected Savings platform ("Resideo Platform") in their DR Systems.<br><br>**Delmarva Power Energy Wise Rewards® Bring-Your-Own-Device (BYOD) Customer Participation Agreement:[1]**<br><br>The Program is being administered by a third-party administrator ("Program Administrator"), which is Ademco Inc., a subsidiary of Resideo Technologies, Inc., a Delaware corporation, having a place of business at 1985 Douglas Drive, Golden Valley, MN 55422 (d/b/a "Resideo Grid Services"). By enrolling in the BYOD Program, you are also agreeing to Program Administrator's EULA and Privacy Policy, available at https://connectedsavings.com/eula and https://connectedsavings.com/privacy-overview/privacy-policy/ (respectively) or such other location as notified by the Program Administrator on its website. |
|---|---|

---

[1] https://homeenergysavings.delmarva.com/sites/default/files/47327_DPL_EWR_BYOD_TC_v2_RELEASE-508.pdf.

| | |
|---|---|
| | **Pepco Energy Wise Rewards® Bring-Your-Own-Device (BYOD) Customer Participation Agreement**:[2]<br><br>The Program is being administered by a third-party administrator ("Program Administrator"), which is Ademco Inc., a subsidiary of Resideo Technologies, Inc., a Delaware corporation, having a place of business at 1985 Douglas Drive, Golden Valley, MN 55422 (d/b/a "Resideo Grid Services"). By enrolling in the BYOD Program, you are also agreeing to Program Administrator's EULA and Privacy Policy, available at https://connectedsavings.com/eula and https://connectedsavings.com/privacy-overview/privacy-policy/ (respectively) or such other location as notified by the Program Administrator on its website.<br><br>The DR Systems of SMECO incorporate the use of the EnergyHub (formerly known as Mercury) platform ("EnergyHub Platform").[3]<br><br>The DR Systems of BG&E have incorporated and/or incorporate the use of the Resideo Platform and/or the EnergyHub Platform:<br><br>**EnergyHub and Baltimore Gas and Electric Deploy BYOT and EV Charging Programs,** https://www.energyhub.com/news/bge-byot-and-ev-charging-der-programs |

[2] https://homeenergysavings.pepco.com/sites/default/files/47327_Pepco_EWR_BYOD_TC_v2_RELEASE-508.pdf

[3] For example, the "Terms of Use" and "Privacy Policy" links at the bottom of the SMECO SmartTemp webpage (https://greatergrid.com/enroll/programs/thermostats/smeco) both are directed to the EnergyHub End User License Agreement at https://www.energyhub.com/terms.

Case 8:26-cv-02076-PX     Document 1-11     Filed 05/26/26     Page 5 of 52

**BGE Connected Rewards** (providing an EnergyHub email address (bge@energyhub.com))
https://web.archive.org/web/20231004190713/https://enrollmythermostat.com/bge/

**BG&E Connected Rewards Terms and Conditions:**[4]

The Program is provided by Resideo, 16100 N 71st St Suite 550, Scottsdale, AZ 85254 ("**Sponsor**").

Additional program details and the Program application for enrollment is available at the following website address: https://connect.connectedsavings.com/#!/getdevice?campaignId=384

The Program Terms are available at the following website: https://connectedsavings.com/bge-tcs/

Resideo contact information for the program is: enerysupport@Resideo.com.

In 2025, EnergyHub acquired Resideo Connected Savings, and the latest EnergyHub EULA expressly states that it applies to both platforms and describes them as managing power on an electric power grid:[5]

---

[4] https://connectedsavings.com/bge-tcs/#toggle-id-1.

[5] EnergyHub End User License Agreement, available at www.energyhub.com/terms.

| | |
|---|---|
| | **2. THE ENERGYHUB SYSTEM**<br><br>We provide utilities with award-winning, consumer-facing, demand energy-management response products and related services. These products and services empower people to be energy efficient and change the way people think about their energy usage. These Terms provide the terms applicable to your use of our web-based services (the "**Services**"), whether you are accessing the Services via one of our websites at http://www.energyhub.com, https://www.connectedsavings.com, or other websites operated by EnergyHub (the "**Website**"); the Website or any other content provided through the System (the "**Content**"); devices connected to the Services, including, without limitation, connected devices, electric vehicles, electric vehicle chargers, solar inverters, solar panels, batteries, water heaters, heat pumps, window air conditioners, pool pumps, and connected thermostats (the "**Devices**"); mobile applications operated by EnergyHub for itself or on behalf of utilities or thermostat providers (the "**Mobile Apps**") and the Mercury platform, which interconnect the Website, the Mobile Apps, and the Devices; or through any other medium or device now known or hereafter developed. In these Terms, for convenience we refer to the combination of products and services we provide, including the Services, the Website, the Content, the Devices, the Mobile Apps, and the EnergyHub Platform (formerly the Mercury Platform), the LoadFlex Platform, and the Connected Savings Platform (collectively, the "**Platforms**") as, collectively, the "**System**." |

## 8. REQUIRED CONNECTIVITY

Some portions of the System require a data connection between certain devices or systems on your property and our servers. You must provide this connection at your sole expense and responsibility. EnergyHub is not responsible for the availability of this connection or liable for any consequences that may result from the unavailability or quality of such connection and reserves the right to change the access configuration of its System at any time and without prior notice to you.

Some portions of the System may require a connection to your electric, water, gas, or other utilities (between you and the utilities, the utilities and us, or both). We are not responsible for the availability of these connections or liable for any consequences that may result from the unavailability or quality of such connections. You agree to allow us access to your billing and usage information from the utilities for the purpose of our providing that information to you through the System.

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 8 of 52

| | |
|---|---|
| | *See* also, **Resideo Connected Savings EULA**:[6]<br><br>Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program: |
| 19[a] a memory storing a database containing a plurality of customer profiles for load control events wherein each customer profile includes at least energy consumption information for a plurality of controllable temperature control devices at the plurality of service points; | Each DR System comprises a memory storing a database containing a plurality of customer profiles for load control events wherein each customer profile includes at least energy consumption information for a plurality of controllable temperature control devices at the plurality of service points.  For example, each DR System includes a database ("memory storing a database") containing a plurality of customer profiles for load control events for a plurality of controllable temperature control devices (e.g., smart thermostats or load switches) at the plurality of service points. Each such "customer profile" includes at least "energy consumption information."<br><br>**EnergyHub Privacy Policy (describing data collected by EnergyHub)**<br>https://www.energyhub.com/privacy-policy |

---

[6] For example, https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

| | |
|---|---|
| | "Usage Information" is information about a consumer's electrical usage or consumption relating to electrical loads monitored by the System (including smart meter data), a consumer's electric vehicle electrical usage, solar panel performance, a consumer's overall household electrical usage, set point temperature, change of state and other information about the use and performance of Devices and HVAC systems. We receive this type of information from Devices, the Websites, the EnergyHub Platform, and the Services as they are used in the System, and we may also receive and collect Usage Information from third parties. Our Services may use data from your Device and from a real-time, local weather sensor network to optimize and manage your Device settings based on the weather for energy efficiency and grid stability. <br><br> We use personally identifiable Usage Information to provide utilities, Device providers and consumers with a consumer's energy use data, to help consumers set energy goal/budgets and track a consumer's progress, to optimize and support our grid service offerings (e.g., demand response in the EnergyHub Platform) and to optimize the performance of your System. We may also use Usage Information for customer support, System restoration, and research and development activities. We use this information where we have your consent (if we ask for it) or as necessary to perform a contract. <br><br> **Resideo Connected Savings Privacy Policy** <br> https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/privacy-policy/ |

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 10 of 52

| | • **Usage Information**: Usage Information may include your home's energy usage, smart meter data including information about your electrical usage relating to electrical loads monitored by CS, your overall household electrical usage, your electric rates, heating and cooling information and other information about the use and performance of your Communicating Devices, the interaction of your Communicating Devices and the Portals and your use of CS. We may receive this type of information as you use CS. Usage Information may also include information about your transactions with us, your utility, and with some of our business partners. We may also combine this information with Account Information or other information that you have provided to us and with other information that is publicly available or that we receive from other reputable sources in order to make CS, our Services, and our communications with you more effectively targeted to your interests. We keep track of the websites and pages you visit within the Portals and/or CS and, if applicable, the actions you perform in the Mobile Apps, in order to determine the ease of use and effectiveness of our marketing and sign-up process and what services are the most popular. |
|---|---|
| 19[b] a server processor, cooperative with the memory, and configured for managing the load control events on the communications network to the plurality of service points by: | Each DR System has a server processor, cooperative with the memory, and configured for managing the load control events on the communications network to the plurality of service points by performing the steps recited in the claim.  For example, the DR Systems include a server ("server processor") for at least the Resideo Platform and/or EnergyHub Platform ("configured for managing the load control events on the communications network to the plurality of service points").<br><br>The Resideo Platform and EnergyHub Platform:[7] |

[7] End User License Agreement, available at https://www.energyhub.com/terms.

## 8. REQUIRED CONNECTIVITY

Some portions of the System require a data connection between certain devices or systems on your property and our servers. You must provide this connection at your sole expense and responsibility. EnergyHub is not responsible for the availability of this connection or liable for any consequences that may result from the unavailability or quality of such connection and reserves the right to change the access configuration of its System at any time and without prior notice to you.

Some portions of the System may require a connection to your electric, water, gas, or other utilities (between you and the utilities, the utilities and us, or both). We are not responsible for the availability of these connections or liable for any consequences that may result from the unavailability or quality of such connections. You agree to allow us access to your billing and usage information from the utilities for the purpose of our providing that information to you through the System.

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 12 of 52

| | The EnergyHub Platform:<br><br>https://info.energyhub.com/hubfs/Fact%20sheets/EnergyHub%20BYOT%20fact%20sheet_v4.pdf<br><br> |
|---|---|

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 13 of 52

https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub_DERMS_FactSheet_3.18.pdf

| | The Resideo Platform:[8]<br><br>Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program:<br><br>"**Required Connectivity**. Some portions of CS require a data connection between your DER and our servers." |
|---|---|
| 19[c] generating a plurality of customer profiles for the plurality of customers; | In each DR System, the server generates customer profiles for the plurality of customers.<br><br>*See* 19[a] above. |
| 19[d] aggregating the plurality of customer profiles into at least one aggregate customer profile based on at least one predetermined criterion; | For each DR System, the server aggregates the plurality of customer profiles into at least one aggregate customer profile based on at least one predetermined criterion. For example, PJM requires that the utility server aggregate multiple end-use customer registrations ("plurality of customer profiles") into a single registration ("aggregate customer profile") based on, for example, DR capacity (e.g., < 100kW), grid topology, device manufacturer, device constraints, customer constraints, location and/or customer rate ("predetermined criterion"). In addition, aggregated |

---

[8] https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 15 of 52

customers participate in the market based on locational marginal pricing (LMP), which would group customers by location.

**PJM Manual 18[9]**

An aggregate registration may be submitted to aggregate end-use customer sites that have peak load contributions below 10 KW provided such aggregate registration must represent end-use customers located at the same PNODE.

**4.11.3 Registration Requirements**
A DER location is defined by unique Electric Distribution Company account number which typically reflects the point of interconnection to the electric distribution system. The installed capacity of a single location shall be no more than 5 MWs. A DER registration may be single-node or multi-nodal. A single-node DER registration is comprised of location(s) in the same LDA, transmission zone, State, Electric Distribution Company territory and pricing node. A multi-nodal DER registration is comprised of locations in the same LDA, transmission zone, State and Electric Distribution Company territory, but may span multiple pricing nodes. A DER Aggregator shall only use a multi-nodal registration if the location(s) cannot meet the minimum 0.1 MW participation requirement without using such aggregation. A multi-nodal registration must include no more than 1 location (or combination of locations at a single pricing node) that is equal to or greater than 0.1 MW. The total participation of multi-nodal registrations may be no greater than 167 MW across the RTO. DER capacity registrations are linked to DER capacity resource as long as the primary pricing nodes of such registrations are located within the same zone or sub-zonal LDA of the DER capacity resource.

---

[9] PJM documents referenced herein, including the Operating Agreement, Open Access Transmission Tariff, Reliability Assurance Agreement and all Manuals are available for download at https://www.pjm.com/library.

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 16 of 52

### 4.3.6 End-Use Customer Aggregation

A resource provider may aggregate multiple end-use customer sites to create a single Demand Resource for the purposes of submitting an offer in the RPM Auctions, if all the end-use customer sites have the same following characteristics:

- Curtailment Service Provider
- Electric Distribution Company (EDC)
- Transmission Zone (or sub-zonal LDA)

The mechanism for aggregating end-use customer sites to create a single Demand Resource is to select the same Demand Resource for multiple end-use customer sites during the registration process.

## 4.9 Aggregate Resources

Capacity resources which may not, alone, meet the operational requirements of a Capacity Performance product, may combine their capabilities and offer as a single, pseudo aggregate resource[17.] Capacity Market Sellers that own one or more Intermittent Resources, Capacity Storage Resources, Demand Resources, Energy Efficiency Resources, or environmentally limited resources may create and offer an Aggregate Resource located in the smallest modeled LDA common to the underlying aggregated resources for a PJM approved unforced capacity value that satisfies the requirements of a Capacity Performance product.

| |
|---|

**PJM Manual 11**

## 10.5 Aggregation for Economic, Pre-Emergency and Emergency Demand Resources

The purpose for aggregation is to allow the participation of end-use customers in the Energy Market that can provide less than 100 kW of DR when they currently have no alternative opportunity to participate on an individual basis or can provide less than 100 kW of DR in the Secondary Reserve (SecR), Synchronized Reserve (SR) or Regulation (REG) markets when they currently have no alternative opportunity to participate on an individual basis. An aggregation shall meet the following requirements:

- If the aggregation only provides energy to the market then only one end use customer within the aggregation shall have the ability to reduce more than 99 kW of load unless the CSP, LSE and PJM approve. If the aggregation provides SecR or SR to the market then only one end use customer within the aggregation shall have the ability to reduce more than 99kW of load unless the CSP, LSE and PJM approve. If the aggregation provides Regulation Only through and Economic Regulation Only Registration to the market then only one end use customer within the aggregation shall have the ability to reduce more than 99 kW of load unless the CSP and PJM approve.

- All end-use customers in an Economic Registration shall be served by the same EDC LSE and have the same energy pricing point. All end-use customers in an Emergency and Pre-Emergency Registration, Economic Registration of residential customers not participating in the Day-ahead Market, and Economic Regulation Only Registration shall be served by the same EDC and located in the same Transmission Zone. If the aggregation provides SR, all customers in the aggregation must also be part of the same Synchronized Reserve sub-zone.

- All end-use customers in an aggregation and on the same registration shall be located in the same Transmission Zone, existing load Aggregate, or at the same node except for an Economic Regulation Only Registration. All end-use customers in an aggregation and on the same Economic Regulation Only Registration shall be located in the same Transmission Zone.

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 18 of 52

- Each end-use customer site must meet the requirements for market participation by a Demand Resource except for the 100 kW minimum load reduction requirement for Energy and Ancillary Services.
- An end-use customer's participation in the Energy and Ancillary Service Markets shall be administered either under one Economic Registration or if only providing Regulation service then with an Economic Regulation Only Registration and an Economic (Energy Only Registration) as outlined in this Manual.

## 10.2.2.1 Dispatch Groups

- Economic Demand Resource registrations may be associated with a dispatch group. The dispatch group will allow the CSP to have one Real-time or Day-ahead Energy Market bid for the entire dispatch group.
- The dispatch group must have registrations with the same Transmission Zone and energy market pricing point.
- Registrations that participate in ancillary service markets will not be permitted to use a dispatch group unless approved by PJM.
- Registrations cannot be in a dispatch group and as a standalone registration. This will ensure that each registration is only available to bid once in the market and avoid duplications.
- Registrations must be confirmed before they may be added to a dispatch group.
- Registrations that clear in the Day-ahead Market are not allowed to be assigned to a dispatch group on same day it cleared in Day-ahead Market. If the CSP does try to assign the registration to a dispatch group on such day then PJM will remove the registration from the dispatch group because this may create a conflict between the single registration that cleared in the Day-ahead Market and the dispatch group that may be dispatched in the Real-time Market for same Operating Day.
- The CSP is responsible for ensuring that at least one registration is in a dispatch group when bid in the Day-ahead or Real-time Energy Market through the appropriate PJM system.

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 19 of 52

**EnergyHub Platform Implementation**

**EnergyHub DERMS Fact Sheet v. 3.18**
https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub_DERMS_FactSheet_3.18.pdf

The Mercury platform includes aggregation capabilities unique among DERMS, with sophisticated tools to actively manage resource formation in ways that other DERMS do not. The platform includes tools designed to streamline the resource formation process, from customer acquisition to enrollment verification.

The Mercury DERMS' AI-enabled control optimization framework operationalizes grid services to ensure that utilities achieve desired outcomes, while taking into consideration device and customer constraints. This entails the targeted and intelligent modelling, aggregating and optimizing of DERs.

https://www.energyhub.com/edge-derms-platform/der-types/thermostat-utility-programs

## Create DER groups

For targeted dispatch and better control, create device units or groups based on grid topology, device manufacturer, customer rate, and more.

18

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 20 of 52

| | |
|---|---|
| | https://www.energyhub.com/edge-derms-platform/vpp-strategies/dynamic-load-shaping<br><br><br><br>**Resideo Platform Implementation**<br><br>https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/<br><br>**WHOLE HOME STRATEGIES**<br><br>Whole home control strategies are evolving and becoming more important than ever, yet thermostat programs remain the largest contributors to residential grid programs. We aggregate the largest manufacturers, including Nest, ecobee, Emerson, Honeywell Home, and Amazon Smart Thermostats.<br><br>We maximize aggregate load shed while minimizing customer discomfort through an integrated platform. The scope of our DR programs encompasses wholesale energy markets, Utilities, and REPs! Contact us today to learn more! |

| | |
|---|---|
| 19[e] generating a candidate list of service points for load control events based on the at least one predetermined criterion; | For each DR System, the server generates a candidate list of service points for load control events based on the at least one predetermined criterion. For example, for residential demand response programs like those operated by the Maryland Utilities where the capacity of each metered residence is too low to participate on an individual basis, PJM allows participation where those residences are aggregated ("generating a candidate list of service points for load control events") based on having a DR capacity of less than 100kW ("predetermined criterion"). The candidate list may also be generated based on location or other criteria.<br><br>*See* 19[d] |
| 19[f] sending a load control event to at least one service point selected from the candidate list of service points in response to an energy reduction request including a target energy savings received from the electric grid operator or any market participant associated with the electric power grid via the communications network; | For each DR System, the server sends a load control event to at least one service point selected from the candidate list of service points in response to an energy reduction request including a target energy savings received from the electric grid operator or any market participant associated with the electric power grid via the communications network. For example, the EnergyHub Platform and Resideo Platform dispatch a DR event to one or more residential customers ("sending a load control event to at least one service point selected from the candidate list of service points") in response to input from an operator ("in response to an energy reduction request"), with such request relating to an amount of power to be reduced ("including a target energy savings"). |

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 22 of 52

https://www.energyhub.com/edge-derms-platform/vpp-strategies/demand-response



21

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 23 of 52

EnergyHub Whitepaper, Firm Load Dispatch
https://415845.fs1.hubspotusercontent-
na1.net/hubfs/415845/White%20papers%20(2021)/EnergyHub%20WhitePaper-
Firm%20Load%20Dispatch_2021.pdf



| | |
|---|---|
| | The Resideo Platform:[10]<br><br>Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program:<br><br>**"Required Connectivity**. Some portions of CS require a data connection between your DER and our servers." |
| 19[g] determining an energy savings for the plurality of controllable temperature control devices resulting from the load control event at the at least one service point, wherein the energy savings is determined based on a monetary supply equivalent value for each of the plurality of controllable | For each DR System, the server determines an energy savings for the plurality of controllable temperature control devices resulting from the load control event at the at least one service point, wherein the energy savings is determined based on a monetary supply equivalent value for each of the plurality of controllable temperature control devices, wherein each monetary supply equivalent value is a measurement and a verification of the reduction in consumed power corresponding to each of the plurality of controllable temperature control devices, wherein the monetary supply equivalent value is a curtailment value as a supply accepted by governing entities for awarding the plurality of customers. For example, the utility server (e.g., Resideo Platform or EnergyHub Platform) determines am amount of energy saved during a DR event ("an energy savings for the plurality of controllable temperature control devices resulting from the load control event at the at least one service point") based on a load reduction and/or peak capacity for each registered customer's HVAC |

---

[10] https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 24 of 52

Case 8:26-cv-02076-PX   Document 1-11   Filed 05/26/26   Page 25 of 52

| | |
|---|---|
| temperature control devices, wherein each monetary supply equivalent value is a measurement and a verification of the reduction in consumed power corresponding to each of the plurality of controllable temperature control devices, wherein the monetary supply equivalent value is a curtailment value as a supply accepted by governing entities for awarding the plurality of customers; | system, and this value(s) is based on, for example, metered load and a comparison to a baseline ("each monetary supply equivalent value is a measurement and a verification of the reduction in consumed power corresponding to each of the plurality of controllable temperature control devices"). Each load reduction capability and/or peak capacity is a basis for curtailment bids that will be treated as supply by the PJM markets ("a curtailment value as a supply accepted by governing entities for awarding the plurality of customers").<br><br>**PJM Manual 18**<br><br>**4.3.5 Pre-Emergency and Emergency Load Response Registration**<br>Pre-Emergency and Emergency Load Response Registration is the process of providing the following information through the submittal of a Pre-Emergency or Emergency Load Response registration into PJM's DR Hub system. As part of this process, resource providers will submit the following types of information:<br><br>• Customer-specific load management information for planning and verification purposes (i.e., EDC account number, Zone, etc.)<br><br>• Customer-specific information to establish nominated load management levels (i.e., Peak Load Contribution, Winter Peak Load, EDC Loss Factor, notification period, Firm Service Level data (summer and winter), Guaranteed Load Drop data (summer and winter). Winter Peak Load and winter Firm Service Levels are required for Capacity Performance DR registrations. However, Winter Peak Load and winter Firm Service Levels are not required if such registration indicates that it is a Summer-Period DR Only registration. Economic, Pre-Emergency, or Emergency Load Response registrations that would like to be eligible for Bonus Performance for a Performance Assessment Interval must have both customer-specific summer and winter based data provided in the registration. |

**4.11.4 Testing Requirements**

Each DER capacity resource committed in a Delivery Year shall be obligated to simultaneously test all associated locations on an annual basis. The DER Aggregator may perform an unlimited number of tests and re-tests but shall notify PJM of the test and re-test at least 48 hours in advance. The test and any associated re-test should be conducted for 1 hour between the hours of 11:00 and 18:00 EPT of a non-NERC holiday weekday. The Office of Interconnection may, at its discretion, cancel a test and allow a retest, to ensure system reliability. The DER Aggregator shall notify the applicable Electric Distribution Company at least seven business days prior to each such test, and the Electric Distribution Company may cancel the test consistent with Tariff, Attachment K-Appendix, section 1.4B(f). The re-tests are limited to all locations that failed to meet their nominated ICAP in the prior test or re-test(s).

Energy settlements for registrations tested are compensated based on energy market rules.

Test performance will be based on the aggregate performance for all the locations of the DER capacity resource. Actual delivered MWs for the tests are based on the sum of the load reductions and/or generation output for such tests. A DER capacity resource's total daily ICAP commitment level is determined each day of the delivery year and used to determine if there is a shortfall and associated penalty.

Delivered load reductions will be determined using the methodology specified in M19, Attachment A. Delivered generation MW onto the distribution system will be measured based on the meter data.

If none of the tests during a testing period certify full delivery of the megawatt amount of nominated capacity the DER Aggregator committed, for such Delivery Year, the DER Aggregator shall be assessed a DER Capacity Aggregation Resource Test Failure Charge.

**PJM Manual 18 at 114**

**Day-ahead Settlements**

PJM will accept demand reduction bids from an end-use customer or its representative CSP for a specific MW curtailment (in minimum increments of .1 MW or 100 kW). The demand reduction bid will include the day-ahead LMP above which the end-use customer would not consume, and could also include shut-down costs and/or minimum down time (i.e. the number of contiguous hours for which the load reduction must be committed).

- An end-use customer or representative CSP that submits a load reduction bid day-ahead that is cleared by PJM when the applicable zonal or aggregate day-ahead LMP is greater than or equal to the price determined under the Net Benefits Test for that month, will be paid by PJM the day-ahead LMP.

- Payment will be made by PJM to the end-use customer or representative CSP as:

$$Cleared\ Day-ahead\ MWh\ load\ reduction*$$

$$Day-ahead\ LMP\ when\ the\ applicable\ zonal\ or\ aggregate\ day-ahead\ LMP$$

$$> = Monthly\ Net\ Benefits\ Test$$

**Real-time Settlements**

Credits for reducing load are based on the actual MWh relief provided in excess of committed day-ahead load reductions plus an adjustment for losses.

- An Economic Load Response Participant that curtails or causes the curtailment of demand in real-time in response to PJM dispatch, and for which the applicable real-time five minute LMP is equal to or greater than the threshold price established under the Net Benefits Test, will be compensated by PJM Settlement at the real-time five minute LMP.

26

For Market Participants that submit hourly load reduction values:

- Actual MWh relief provided is equal to the CBL less the RT metered load. Additional details on the calculation of CBL and RT metered load can be found in PJM Manual 11: Energy & Ancillary Services Market Operations, Section 10.

$$Net\ Energy\ MWh =$$

$$(Actual\ MWh\ relief\ provided*(1 - EDC\ loss\ de\ ration\ factor)*Energy\ Loss\ factor) -$$

$$Cleared\ Day - ahead\ MWh\ Load$$

**PJM Manual 11 at 264-65**

### 3. Planned Nominated DR Value by End-Use Customer Site

This section must be completed by the CSP when the end-use customer is known at the time of the submittal of the DR Sell Offer Plan. This section must also be completed for DR Sell Offer quantities identified in the DR Sell Offer Plan Summary as requiring site-specific information, since this identified quantity should reflect Planned DR associated with specific end-use customer sites for which the CSP has a high degree of certainty that it will physically deliver for the relevant Delivery Year.

The CSP must provide the following information:

- Customer EDC account number (if known)
- Customer name
- Customer premise address
- Zone/Sub-zone
- Customer segment
- Actual value (if known) or estimate of current PLC and estimate of expected auction Delivery Year PLC in kW
- Estimated Nominated DR Value in kW

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 28 of 52

| | |
|---|---|
| | **PJM Manual 11 at 176**<br><br>• In order to register locations for participation in PJM Markets, CSPs shall provide information for each location including the following:<br><br>   ◦ Business Segment - CSPs shall classify locations according to the location's primary purpose or business use. CSPs should first determine if the location's business use falls under one of the following primary categories: Hospitals, Industrial / Manufacturing, Multiple Dwelling Unit, Office Building, Residential, Retail Service, Correctional Facilities, Data Center, Data Center with Crypto Mining or Schools. In cases where the location does not fit into one of the primary categories the CSP shall select from one of the following categories: Agriculture, Forestry and Fishing, Mining, Transportation, Communications, Electric, Gas and Sanitary Services or Services.<br><br>   ◦ Max Load – CSPs best estimate of annual peak load.<br><br>   ◦ Load Reduction Method and associated Capability - The CSPs shall provide for each location the load reduction method and the associated load reduction kilowatt capability. Load reduction methods indicate the type of electrical equipment that is<br><br>controlled to provide the demand response activity and include: Heating, Ventilation and Air Conditioning (HVAC), Lighting, Refrigeration, Manufacturing, Water Heaters, Batteries, Plug Load and Generation.<br><br>**PJM Manual 11 at 185**<br><br>**10.2.5 CBL Certification Process**<br>All Economic registrations, except Economic Regulation Only registrations, should go through the CBL certification process to ensure that the CBL used to predict the customer load and therefore, determine the quantity of each hourly load reduction, is reasonably accurate and non-biased. All registrations should use a CBL with a Relative Root Mean Square Error (RRMSE) no greater than 20% unless otherwise approved by PJM. Registrations with a RRMSE greater than 20% based on hourly load data provided in the registration process are considered variable load customers. |



The RRMSE calculation is performed as follows unless otherwise approved by PJM:

- To perform the RRMSE calculation, daily CBL calculations are first performed for the CBL method using hours ending 14 through hours ending 19 unless otherwise approved by

  PJM as the simulated event hours for each of the sixty (60) non-event days according to the CBL method rules.
- Actual Hourly errors are calculated by subtracting the CBL hourly load from the actual hourly load for each of the simulated event hours of the non-event day.
- The Mean Squared Error (MSE) is calculated by summing the squared actual hourly errors and dividing by the number of simulated event hours.
- The Average Actual Hourly Load (AAHL) is the average of the actual hourly load for each of the simulated event hours.
- The RRMSE is calculated by taking the square root of the MSE then divide that quantity by the AAHL.

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 30 of 52

**PJM Manual 19, Attachment A**

## General

Load Drop Estimates (also referred to as addbacks) are produced for three types of occurrences:

1. Curtailment of load for customers registered in the PJM emergency or pre-emergency program either as a Load Management resource (Demand Resource) or an Emergency – Energy Only resource, or customers registered to meet a Price Responsive Demand (PRD) commitment for either the Reliability Pricing Model (RPM) or the FRR Alternative.
2. Voltage Reductions implemented by PJM or an EDC
3. Significant losses of load.

PJM is responsible for producing Load Management/Emergency/Pre-Emergency load drop estimates, from CSP and EDC input into the appropriate PJM system. EDCs are responsible for reporting the estimated impact of voltage reductions (optional) or significant losses of load on their systems.

PJM is responsible for producing PRD load drop estimates, from PRD Provider input into the appropriate PJM system. PRD Providers that registered price responsive demand to satisfy a PRD commitment for either RPM or FRR Alternative must provide PJM with meter data when PRD was required to be dispatched (LMP is greater than the offer price). Meter data is entered at the site level; load drop estimates will be calculated at the registration level.

Load drop estimates, as calculated in this manual or otherwise calculated by PJM to reflect the estimated hourly energy load reductions (with communication to the appropriate stakeholder group), are used to construct unrestricted loads used in the PJM Load Forecast Model, weather normalization of PJM seasonal peaks, and to calculate the unrestricted Peak Load Contributions used in formulating capacity obligations.

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 32 of 52

**EnergyHub Platform**
https://www.energyhub.com/edge-derms-platform/vpp-strategies/demand-response



Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 33 of 52

| | |
|---|---|
| | https://www.energyhub.com/edge-derms-platform/der-types/thermostat-utility-programs<br><br>**Review performance and reports**<br><br>Monitor performance with near-real-time event dashboards. Measure load shed against baselines, and track participation, opt outs, and more.<br><br>https://web.archive.org/web/20220622064851/https://www.energyhub.com/platform/<br><br>**Settlement**<br><br>Enabling the settlement of capacity in various energy markets<br><br>**DER monitoring**<br><br>Fundamental information such as DER connectivity, operating mode, location, real-time load to inform utility load management strategies. |

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 34 of 52

| | |
|---|---|
| | Resideo Platform<br><br>https://web.archive.org/web/20251017142606/https://www.connectedsavings.com/demand-response/<br><br>**ADVANCED GRID SERVICES**<br><br>Our CSI platform provides advanced grid services, including Community Power Plants(R), allowing utilities and energy providers to monetize energy reduction for Coincident Peak, emergency services, energy arbitrage, and more.<br><br>**TAILORED DR STRATEGIES**<br><br>Connected Savings Intelligence℠ (CSI) offers a variety of tailored DR strategies for all of the major energy using devices in the home. Our hyper local weather data, thermodynamic models, and machine learning create an orchestrated experience via a single interface across all device types. CSI provides precise and accurate capacity and load forecasts for DR event planning and management for residential and SMB customers. |
| 19[h] determining the resulting energy savings is at least equal to the target energy savings. | For each DR System, the utility server determines the resulting energy savings is at least equal to the target energy savings.  On information and belief, the utilities perform such a determination at least because the determination is necessary for settlement, and the consequences of deficient energy savings are significant.<br><br>**PJM Manual 18 at 98**<br><br>During the Delivery Year, a party's Daily RPM Demand Resource Position is compared to their Daily RPM Resource Commitments for the demand resource to determine if a Capacity Resource Deficiency Charge is to be assessed on the delivery day.<br><br>**8.4A Non-Performance Assessment** |

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 35 of 52

The Non-Performance Assessment will compare each Capacity Resource's Expected Performance against its Actual Performance for each Performance Assessment Interval. Performance Assessment Interval shall mean each Real-time Settlement Interval for which an Emergency Action as defined in the OATT has been declared by PJM. A Performance Assessment Interval is triggered based on either of the two conditions defined below and such condition must be in effect for the entire Real-time Settlement Interval.

The Non-Performance Assessment will compare each Capacity Resource's Expected Performance against its Actual Performance for each Performance Assessment Interval. Performance Assessment Interval shall mean each Real-time Settlement Interval for which an Emergency Action as defined in the OATT has been declared by PJM. A Performance Assessment Interval is triggered based on either of the two conditions defined below and such condition must be in effect for the entire Real-time Settlement Interval.

**PJM Manual 11**

### 4.5.2 Non-Performance

All resources are credited with a capacity payment any time they are expected to be ready to respond to a Synchronized Reserve Event and failure to provide the response at least equal to the assignment results in an obligation to "repay" that credit following instances of non-performance. The following consequences exist for a resource that does not respond with its expected amount of Synchronized Reserve:

- The resource is assessed a Synchronized Reserve Shortfall Charge on the day the event occurred equal to the product of the Real-time SRMCP and the lesser of the amount of the MW shortfall during the event or the Capped Real-time Synchronized Reserve Assignment MW., and;

- The owner of the resource incurs a retroactive obligation to refund at the Real-time SRMCP the retroactive penalty MW for all of the Real-time settlement intervals the

resource was assigned or self-scheduled over the immediate past interval, the duration of which is equal to the lesser of the average number of days between events as determined by the annual review of the last two (2) years, or the number of days since the resource failed to respond with the Synchronized Reserve amount it was directed to deploy in response to a Synchronized Reserve Event. The calculation of the retroactive penalty MW are further described in Manual 28, Section 6.

- ◦ The annual review described above will be completed during the month of November and cover a two (2) year window from November 1st (year – 2) through October 31st (current year). The calculation will be the average interval between Synchronized Reserve Events over the last two years of Synchronized Reserve Event data, rounded down to a whole day value. The results will be communicated to the Operating Committee in December and implemented annually on January 1st.

**10.3.4 Net Benefits Test to determine Net Benefits Threshold**
The Net Benefits Threshold (NBT) is the point on the aggregate supply curve at which the participation of DR resources results in a greater overall savings to the load on the system compared to the DR resources remaining on the system as load. PJM shall compute the NBT monthly as described below. PJM shall post the NBT and associated supporting information for each month by the 15th of the prior month on pjm.com. CSPs only receive compensation for Demand Resources cleared in Day-ahead Market or dispatched by PJM in the Real-time Market if the applicable LMP is greater than or equal to the monthly NBT.

**PJM Manual 11 at 202**

All Registrations or Dispatch Groups are eligible for Make Whole Payments subject to performance. The Make Whole Calculation is detailed in PJM Manual 28: Operating Agreement Accounting, Section 11.2.

All Registrations or Dispatch Groups are subject to Balancing Operating Reserve (BOR) charges for deviations greater than 20% from the PJM Day-ahead or Real-time dispatch instructions.

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 37 of 52

**PJM Manual 28 at 120-21**

**Balancing Operating Reserve Load Response Settlements**

In cases where the demand reduction follows dispatch as instructed by the Office of the Interconnection, and the demand reduction offer price is equal to or greater than the threshold price established under the Net Benefits Test, payment will not be less than the total value of the demand reduction bid, including any submitted shut-down costs.

Real-time load reduction resources are considered to be following dispatch instructions if the actual load reduction quantity for a given hour deviates by no more than 20% above or below the Desired MWh quantity. Hours for which the actual reduction quantity is outside the 20% bandwidth will not be eligible for the make-whole payment. If at least one hour is not eligible for make-whole payments based on the 20% criteria, then the resource will also not be made whole for its shutdown cost.

Dispatchable economic load reduction resources that follow dispatch shall not be assessed balancing Operating Reserve deviations. Economic load reduction resources that do not follow dispatch shall be assessed Balancing Operating Reserve deviations. In the case where the Market Participant deviates by more than twenty percent of the day-ahead committed bid or the desired amount, the Market Participant will incur Balancing Operating Reserve charges:

$$Abs[(Actual\ MWh\ relief\ provided*(1-EDC\ loss\ de-ration\ factor)*Energy\ Loss\ factor-Desired\ MWh]*$$

$$RTO\ Balancing\ Operating\ Reserves\ Deviation\ Rate+Abs[(Actual\ MWh\ relief\ provided$$

$$*(1-EDC\ loss\ de-ration\ factor)*Energy\ Loss\ factor)-Desired\ MWh]$$

$$*Locational\ Balancing\ Operating\ Reserves\ Deviation\ Rate(East\ or\ West\ depending\ on\ zone)$$

- Actual MWh relief provided is equal to the CBL less the RT metered load. Additional details on the calculation of CBL and RT metered load can be found in PJM Manual 11: Energy & Ancillary Services Market Operations, Section 10.

**EnergyHub Platform**
https://www.energyhub.com/edge-derms-platform/vpp-strategies/demand-response



# Track and review event outcomes

Monitor demand response event performance in near real-time. Use data and reports to fine-tune dispatch strategy over time.



**Review data anytime, anywhere**

All the data you need in one accessible location. Review participation, net load shed vs. baseline, view load shapes, and download and share reports.

| | https://www.energyhub.com/edge-derms-platform/der-types/thermostat-utility-programs |
|---|---|
| | **Review performance and reports**<br><br>Monitor performance with near-real-time event dashboards. Measure load shed against baselines, and track participation, opt outs, and more.<br><br>Resideo Platform<br><br>https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/<br><br>**TAILORED DR STRATEGIES**<br><br>Connected Savings Intelligence℠ (CSI) offers a variety of tailored DR strategies for all of the major energy using devices in the home. Our hyper local weather data, thermodynamic models, and machine learning create an orchestrated experience via a single interface across all device types. CSI provides precise and accurate capacity and load forecasts for DR event planning and management for residential and SMB customers. |

Case 8:26-cv-02076-PX   Document 1-11   Filed 05/26/26   Page 40 of 52

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 41 of 52



| | |
|---|---|
| 20. The system of claim 19, wherein a load to be controlled by the load control event includes a native load and/or operating reserves including regulating, spinning, and non-spinning types. | In each DR System, a load to be controlled by the load control event includes a native load and/or operating reserves including regulating, spinning, and non-spinning types.<br><br>**PJM Manual 11**<br><br> |

- Fuel Cells
- CTs
- Diesels
- Hydro
- Battery
- Solar
- Landfill

- Wind
- Hybrid Resource
- Economic Load Response

## 2.1.3 Eligible Fast-Start Resources

A Fast-Start Resource shall be an Eligible Fast-Start Resource when the following apply:

1. A generation resource is committed on an offer with a notification time plus startup time of one hour or less and a Minimum Run Time of one hour or less.

2. An Economic Load Response Participant resource is committed on an offer with a notification time of one hour or less and a Minimum Down Time of one hour or less.

## 10.1 Overview of Demand Resource Participation

PJM Economic Load Response enables Demand Resources to respond to PJM Energy, Synchronized Reserve, and/or Secondary Reserve prices by reducing consumption and receiving a payment for the reduction or following PJM signal to reduce or increase load if providing regulation services.

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 43 of 52

| | |
|---|---|
| | • The Day-ahead Option provides a mechanism by which any qualified Market Participant may offer Demand Resources the opportunity to reduce the load they draw from the PJM system in advance of Real-time operations and receive payments based on Day-ahead LMP for the reductions.<br>• The Real-time Option provides a mechanism by which any qualified Market Participant may offer Demand Resources the opportunity to commit to a reduction and receive payments based on Real-time LMP for the reductions.<br><br>## 10.2 Demand Resource Registration Requirements<br><br>CSPs shall register Demand Resources that choose to participate in the PJM Energy, Reserves, Capacity, or Regulation Market according to the rules and requirements set forth below. A CSP is required to have effective agreement with a customer to register a location.<br><br>*10.4 Demand Resource Metering and Settlement Data Requirements*<br>The settlements submitted to PJM by CSPs must conform to the following requirements for data, including metered data, and CBL calculations. All settlement related calculations for Economic and Emergency Demand Resources are provided in PJM Manual 28: Operating Agreement Accounting.<br><br><br>**PJM Operating Agreement**<br><br>(f) For demand response resources, Revenue Data for Settlements may be five-minute revenue meter data submitted to the Office of the Interconnection or hourly revenue meter data submitted to the Office of the Interconnection and flat profiled over a set of dispatch intervals in the hour. |

| | PJM Manual 18 |
| --- | --- |
| | **4.3.2 Types of Load Management Programs**<br><br>PJM recognizes three types of Load Management programs:<br><br>• Firm Service Level (FSL) – Load management achieved by a customer reducing its load to a pre-determined level (the Firm Service Level), upon notification from the resource provider's market operations center or its agent.<br><br>• Guaranteed Load Drop (GLD) – Load management achieved by a customer reducing its load by a pre-determined amount (the Guaranteed Load Drop), upon notification from the resource provider's market operations center or its agent. Typically, the load reduction is achieved through running customer-owned backup generators, or by shutting down process equipment.<br><br>For each type of recognized Load Management Program, there can be three notification periods:<br><br>• 30 Minute Lead Time – Load management which must be fully implemented in 30 minutes or less from the time the PJM dispatcher notifies the market operations center of a curtailment event.<br><br>• 60 Minute Lead Time – Load management which requires more than 30 minutes but no more than one hour, from the time the PJM dispatcher notifies the market operations center of a curtailment event, to be fully implemented.<br><br>• 120 Minute Lead Time - Load management which requires more than one hour but no more than two hours, from the time the PJM dispatcher notifies the market operations center of a curtailment event, to by fully implemented. |
| 21. The system of claim 19, wherein the reduction in consumed power is transformed into a power supply value corresponding | In each DR System, the reduction in consumed power is transformed into a power supply value corresponding to each of the plurality of controllable temperature control devices. For example, PJM requires that the utility server (e.g., Resideo Platform, EnergyHub Platform and/or EMS) perform VEE ("transform[] into a power supply value") on load data received from the meter. |

| | |
|---|---|
| to each of the plurality of controllable temperature control devices. | **PJM Manual 19 at 31**<br><br>**Data Validation and Estimation**<br><br>Data must be validated and estimated in accordance with the NAESB Validating, Editing, and Estimating (VEE) Protocol. This protocol should be used for validation and estimation of 1-minute data for the SR market as well as hourly data for capacity and energy markets. Note: All rules for hourly data shall apply to 1 minute data where the only difference is the use of 1 minute interval instead of 1 hour interval.<br><br>**PJM Manual 11**<br><br>## 10.4 Demand Resource Metering and Settlement Data Requirements<br><br>The settlements submitted to PJM by CSPs must conform to the following requirements for data, including metered data, and CBL calculations. All settlement related calculations for Economic and Emergency Demand Resources are provided in PJM Manual 28: Operating Agreement Accounting.<br><br>### 10.4.1 Metered Data<br>Demand Resources must be equipped with interval meters recording electrical usage at the EDC account level. The interval of data collection must be sufficient to provide PJM with hourly, one minute or real time load data as applicable for the wholesale market. Residential Direct Load Control (RDLC) aggregates may have interval meters installed on a statistical sample of EDC accounts per PJM Manual 19: Load Forecasting and Analysis, Attachment C and subject to PJM approval.<br>Load data must be provided for all hours of the day and for all days necessary for PJM to calculate the CBL for settlements or to measure compliance as necessary. |

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 46 of 52

| | |
|---|---|
| | ## 10.6 Interval Meter Equipment and Load Data Requirements<br><br>All interval load data, except where also used for retail electric service, shall at a minimum comply with the NAESB VEE (Validate, Edit & Estimate) standards, where applicable, for retail electric service to ensure the quality of the information.<br><br>A CSP or their designated agent that violate these standards is not allowed to manage the installation/maintenance of metering equipment and associated load data for PJM settlements |
| 22. The system of claim 21, wherein the power supply value for each of the plurality of controllable temperature control devices is transformed into an aggregate power supply value that is compared to the target energy savings for the load control event. | In each DR System, the power supply value for each of the plurality of controllable temperature control devices is transformed into an aggregate power supply value that is compared to the target energy savings for the load control event.<br><br>*See* 19[h] above.<br><br>**Schedule 6 to the Reliability Assurance Agreement at 9:**<br><br>Each Curtailment Service Provider must satisfy (or contract with another LSE, Curtailment Service Provider, or electric distribution company to provide) the following requirements:<br>. . .<br>  b)   Customer-specific compliance and verification information for each PJM-initiated Demand Resource event or test event, <u>as well as aggregated Provider load drop data for Provider-initiated events</u>, in accordance with established reporting guidelines.<br><br><br>**PJM Operating Agreement**<br><br>**1.5A.10    Aggregation for Economic Load Response Registrations.**<br><br>The purpose for aggregation is to allow the participation of end-use customers in the Energy Market that can provide less than 0.1 megawatt of demand response when they currently have no alternative opportunity to participate on an individual basis or can provide less than 0.1 megawatt of demand |

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 47 of 52

response in the Secondary Reserve, Synchronized Reserve or Regulation markets when they currently have no alternative opportunity to participate on an individual basis. Aggregations pursuant to section 1.5A.1 above shall be subject to the following requirements:

> i)  All end-use customers in an aggregation shall be specifically identified;
> . . .
> vi) Each end-use customer site must meet the requirements for market participation by an Economic Load Response Participant resource except for the 0.1 megawatt minimum load reduction requirement for energy or the 0.1 megawatt minimum load reduction requirement for Ancillary Services; and

**1.5A.10.01  Aggregation for Economic Load Response Regulation Only Registrations**

The purpose for aggregation is to allow the participation of end-use customers in the Regulation market that can provide less than 0.1 megawatt of demand response when they currently have no alternative opportunity to participate on an individual basis. Aggregations pursuant to section 1.5A.1 above shall be subject to the following requirements:
> i)  All end-use customers in an aggregation shall be specifically identified;
> ii) All end-use customers in the aggregation must be served by the same electric distribution company and must also be part of the same Transmission Zone; and
> iii)Each end-use customer site must meet the requirements for market participation by an Economic Load Response Participant resource except for the 0.1 megawatt minimum load reduction requirement for Regulation service.

**8.11  Emergency Load Response and Pre-Emergency Load Response Participant Aggregation.**

Energy settlement will be based on each individual customer's load reductions, or a current statistical sample of end-use customers' load reductions for non-interval metered residential Direct Load Control customers as set forth in the PJM Manuals, pursuant to section 3.3A of Schedule 1 of this Agreement, the PJM Reliability Assurance Agreement Among Load Serving Entities in the PJM Region and the PJM Manuals. Capacity compliance will be based on each individual customers' load reductions, or a current statistical sample of end-use customers' load reductions, and then aggregated

Case 8:26-cv-02076-PX    Document 1-11    Filed 05/26/26    Page 48 of 52

pursuant to section 3.3A of Schedule 1 of this Agreement, the PJM Reliability Assurance Agreement Among Load Serving Entities in the PJM Region and the PJM Manuals; and

**PJM Manual 11**

### 10.2.2.1 Dispatch Groups

- Economic Demand Resource registrations may be associated with a dispatch group. The dispatch group will allow the CSP to have one Real-time or Day-ahead Energy Market bid for the entire dispatch group.
- The dispatch group must have registrations with the same Transmission Zone and energy market pricing point.
- Registrations that participate in ancillary service markets will not be permitted to use a dispatch group unless approved by PJM.
- Registrations cannot be in a dispatch group and as a standalone registration. This will ensure that each registration is only available to bid once in the market and avoid duplications.
- Registrations must be confirmed before they may be added to a dispatch group.
- Registrations that clear in the Day-ahead Market are not allowed to be assigned to a dispatch group on same day it cleared in Day-ahead Market. If the CSP does try to assign the registration to a dispatch group on such day then PJM will remove the registration from the dispatch group because this may create a conflict between the single registration that cleared in the Day-ahead Market and the dispatch group that may be dispatched in the Real-time Market for same Operating Day.
- The CSP is responsible for ensuring that at least one registration is in a dispatch group when bid in the Day-ahead or Real-time Energy Market through the appropriate PJM system.

47

**Dispatch Group Settlements**

To calculate the reductions achieved by the Dispatch Group after an economic event, individual settlements need to be created in DR Hub.

- The CBL needs to be calculated in order to calculate the reductions for the individual Registrations.

- The Dispatch Group economic events are de-aggregated to the Registration level settlement based on the Registrations in the Dispatch Group early in the morning the day after the Operating Day. The individual settlements are submitted by the CSP based on the normal Registration level settlement process.

- The total reduction for the Dispatch Group is calculated once a day as the sum of all the reductions of the settlements. Once all of the settlements in the Dispatch Group reach their final state, the Dispatch Group load reduction is settled.

- The final state for a Dispatch Group economic settlement is achieved when all of the individual settlements within the Dispatch Group achieve the following status:

  ◦ All settlements in Dispatch Group are confirmed.

  ◦ Prior to the 60th day after the event, the CSP may mark the Dispatch Group ready for settlement. Once this has occurred, no further updates to any settlements may be done in the Dispatch Group.

  ◦ On the 61st day after the event and all settlements are either confirmed, withdrawn or expired.

  ◦ Once the 75th day after the event has been reached, the Dispatch Group settlement is sent to settlements regardless of the individual status of any settlements in the group.

- Dispatch Groups that are cleared or dispatched are evaluated at the Dispatch Group level when evaluating BOR. Deviations and BOR are assessed based on the reduction of the Dispatch Group.

- Market Settlements provides a settlement report based on Dispatch Group(s) and not by Registrations.

Case 8:26-cv-02076-PX     Document 1-11     Filed 05/26/26     Page 50 of 52

***Enerwise Global Technologies, LLC v. PJM Interconnection, L.L.C.*, 188 FERC ¶ 61,191 (Sept. 19, 2024)**

CPower argues that Curtailment Service Providers like CPower that want to aggregate residential customers to provide demand response face a barrier to participation in the PJM markets. CPower states that PJM requires large volumes of data to enable participation for residential customers. CPower argues that electric distribution companies either cannot or will not provide Curtailment Service Providers with data from their advanced metering infrastructure (AMI) systems and meters to enable participation at scale, i.e., aggregating thousands of residential customers. In addition, CPower contends, the Tariff permits statistical sampling only if the electric distribution company has not installed AMI systems and meters. CPower contends that electric distribution companies have extensively adopted AMI systems and meters for residential customers in PJM, and the Tariff does not permit statistical sampling for those customers.

https://www.pjm.com/-/media/DotCom/about-pjm/newsroom/fact-sheets/demand-response-fact-sheet.pdf



| | CSPs aggregate customers' curtailment capability, register that capability with PJM, offer it in the appropriate market, submit load data to verify the reductions and receive payment from PJM. Subsequent allocation of PJM payment between the CSP and the retail customer is a matter of private agreement. |
|---|---|
| 23. The system of claim 22, wherein the processor is further configured for associating the aggregate power supply value with the at least one aggregate customer profile. | In each DR System, the processor is further configured for associating the aggregate power supply value with the at least one aggregate customer profile. For example, the utility server (e.g., Resideo Platform and EnergyHub Platform) necessarily associates information about aggregation with other information about the aggregation. |
| 24. The system of claim 19, wherein the processor is further configured for selecting the at least one service point based on an individual service point criterion. | In each DR System, the processor is further configured for selecting the at least one service point based on an individual service point criterion.<br><br>*See, e.g.,* 19[e] above. |
| 25. The system of claim 19 wherein the at least one predetermined criterion for aggregating the plurality of customer profiles includes any one of a random selection a drift factor, a logical geodetic point, an efficiency rating for each controllable temperature control device at an | In each DR System, the at least one predetermined criterion for aggregating the plurality of customer profiles includes any one of a random selection a drift factor, a logical geodetic point, an efficiency rating for each controllable temperature control device at an associated service point, a customer preference, a proximity to a transmission line, a pricing signal, and a priority for an emergency situation.<br><br>*See, e.g.,* 19[e] above. |

| | |
|---|---|
| associated service point, a customer preference, a proximity to a transmission line, a pricing signal, and a priority for an emergency situation. | |