# EXHIBIT 12

| Claims of U.S. Patent No. 10,768,654 | Evidence of Infringement by Utilities |
|---|---|
| 1[pre] A method for managing power on an electric power grid, comprising: | Each of the Defendants ("Maryland Utilities") has at least one residential Demand Response Program. For example: <br><br> *Delmarva Power* <br><br> Energy Wise Rewards <br> https://homeenergysavings.delmarva.com/energywiserewards/md/residential/participation <br><br> Flex Rewards <br> https://homeenergysavings.delmarva.com/md/residential/flex-rewards <br><br> *Pepco* <br><br> Energy Wise Rewards <br> https://homeenergysavings.pepco.com/energywiserewards/md/residential/participation <br><br> Flex Rewards <br> https://homeenergysavings.pepco.com/md/residential/flex-rewards <br><br> *BG&E* <br><br> Connected Rewards <br> https://bgesmartenergy.com/residential/earn-incentives/connectedrewards <br><br> Peak Rewards <br> https://bgesmartenergy.com/residential/earn-incentives/peak-rewards/programs/ac <br><br> *SMECO* <br><br> SmartTemp |

**U.S. Patent No. 10,768,654**

| | |
|---|---|
| | https://greatergrid.com/enroll/programs/thermostats/smeco<br><br>Each of the Maryland Utilities makes and uses a system that operates the respective Demand Response Program ("Accused System" or "DR System").  Each of these DR Systems performs a method of managing power on an electric grid by, for example, communicating messages to and controlling the operation of smart thermostats and/or load control switches in order to reduce the consumption of electric power by load consuming devices during periods of peak demand.  To the extent any step in the claimed method is performed by a third party, the utility directs, controls and benefits from the acts of the third party.<br><br>The DR Systems of Delmarva and PEPCO incorporate the use of Resideo Connected Savings platform ("Resideo Platform") in their DR Systems.<br><br>**Delmarva Power Energy Wise Rewards® Bring-Your-Own-Device (BYOD) Customer Participation Agreement:[1]**<br><br>The Program is being administered by a third-party administrator ("Program Administrator"), which is Ademco Inc., a subsidiary of Resideo Technologies, Inc., a Delaware corporation, having a place of business at 1985 Douglas Drive, Golden Valley, MN 55422 (d/b/a "Resideo Grid Services"). By enrolling in the BYOD Program, you are also agreeing to Program Administrator's EULA and Privacy Policy, available at https://connectedsavings.com/eula and https://connectedsavings.com/privacy-overview/privacy-policy/ (respectively) or such other location as notified by the Program Administrator on its website. |

---

[1] https://homeenergysavings.delmarva.com/sites/default/files/47327_DPL_EWR_BYOD_TC_v2_RELEASE-508.pdf.

**Pepco Energy Wise Rewards® Bring-Your-Own-Device (BYOD) Customer Participation Agreement:**[2]

The Program is being administered by a third-party administrator ("Program Administrator"), which is Ademco Inc., a subsidiary of Resideo Technologies, Inc., a Delaware corporation, having a place of business at 1985 Douglas Drive, Golden Valley, MN 55422 (d/b/a "Resideo Grid Services"). By enrolling in the BYOD Program, you are also agreeing to Program Administrator's EULA and Privacy Policy, available at https://connectedsavings.com/eula and https://connectedsavings.com/privacy-overview/privacy-policy/ (respectively) or such other location as notified by the Program Administrator on its website.

The DR Systems of SMECO incorporate the use of the EnergyHub (formerly known as Mercury) platform ("EnergyHub Platform").[3]

The DR Systems of BG&E have incorporated and/or incorporate the use of the Resideo Platform and/or the EnergyHub Platform:

**EnergyHub and Baltimore Gas and Electric Deploy BYOT and EV Charging Programs,** https://www.energyhub.com/news/bge-byot-and-ev-charging-der-programs

---

[2] https://homeenergysavings.pepco.com/sites/default/files/47327_Pepco_EWR_BYOD_TC_v2_RELEASE-508.pdf

[3] For example, the "Terms of Use" and "Privacy Policy" links at the bottom of the SMECO SmartTemp webpage (https://greatergrid.com/enroll/programs/thermostats/smeco) both are directed to the EnergyHub End User License Agreement at https://www.energyhub.com/terms.

3

| | |
|---|---|
| | **BGE Connected Rewards** (providing an EnergyHub email address (bge@energyhub.com)) https://web.archive.org/web/20231004190713/https://enrollmythermostat.com/bge/ <br><br> **BG&E Connected Rewards Terms and Conditions:**[4] <br><br> The Program is provided by Resideo, 16100 N 71st St Suite 550, Scottsdale, AZ 85254 ("**Sponsor**"). <br><br> Additional program details and the Program application for enrollment is available at the following website address: https://connect.connectedsavings.com/#!/getdevice?campaignId=384 <br><br> The Program Terms are available at the following website: https://connectedsavings.com/bge-tcs/ <br><br> Resideo contact information for the program is: enerysupport@Resideo.com. <br><br> In 2025, EnergyHub acquired Resideo Connected Savings, and the latest EnergyHub EULA expressly states that it applies to both platforms and describes them as managing power on an electric power grid:[5] |

---

[4] https://connectedsavings.com/bge-tcs/#toggle-id-1.

[5] EnergyHub End User License Agreement, available at www.energyhub.com/terms.

4

## 2. THE ENERGYHUB SYSTEM

We provide utilities with award-winning, consumer-facing, demand energy-management response products and related services. These products and services empower people to be energy efficient and change the way people think about their energy usage. These Terms provide the terms applicable to your use of our web-based services (the "**Services**"), whether you are accessing the Services via one of our websites at http://www.energyhub.com, https://www.connectedsavings.com, or other websites operated by EnergyHub (the "Website"); the Website or any other content provided through the System (the "**Content**"); devices connected to the Services, including, without limitation, connected devices, electric vehicles, electric vehicle chargers, solar inverters, solar panels, batteries, water heaters, heat pumps, window air conditioners, pool pumps, and connected thermostats (the "**Devices**"); mobile applications operated by EnergyHub for itself or on behalf of utilities or thermostat providers (the "**Mobile Apps**") and the Mercury platform, which interconnect the Website, the Mobile Apps, and the Devices; or through any other medium or device now known or hereafter developed. In these Terms, for convenience we refer to the combination of products and services we provide, including the Services, the Website, the Content, the Devices, the Mobile Apps, and the EnergyHub Platform (formerly the Mercury Platform), the LoadFlex Platform, and the Connected Savings Platform (collectively, the "Platforms") as, collectively, the "**System**."

| | |
|---|---|
| | **8. REQUIRED CONNECTIVITY** <br><br> Some portions of the System require a data connection between certain devices or systems on your property and our servers. You must provide this connection at your sole expense and responsibility. EnergyHub is not responsible for the availability of this connection or liable for any consequences that may result from the unavailability or quality of such connection and reserves the right to change the access configuration of its System at any time and without prior notice to you. <br><br> Some portions of the System may require a connection to your electric, water, gas, or other utilities (between you and the utilities, the utilities and us, or both). We are not responsible for the availability of these connections or liable for any consequences that may result from the unavailability or quality of such connections. You agree to allow us access to your billing and usage information from the utilities for the purpose of our providing that information to you through the System. |

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 8 of 59

| | |
|---|---|
| | *See* also, **Resideo Connected Savings EULA**:[6]<br><br>Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program: |
| 1[a] providing a server constructed and configured for network communication with at least one power consuming device in the electric power grid, wherein the server comprises a database; | Each of the Maryland Utilities provides a server (as part of the DR System) constructed and configured for network communication with at least one power consuming device in the electric power grid, wherein the server comprises a database.  For example, each of the Maryland Utilities provides a Resideo or EnergyHub Platform ("server"), which communicates ("constructed and configured for network communication") with smart thermostats that control respective HVACs ("power consuming device") and which necessarily has a database to store information.  The communication may occur through one or more intermediate servers (e.g., smart thermostat server). |

---

[6] For example, https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 9 of 59

The Resideo Platform and EnergyHub Platform:[7]

## 8. REQUIRED CONNECTIVITY

Some portions of the System require a data connection between certain devices or systems on your property and our servers. You must provide this connection at your sole expense and responsibility. EnergyHub is not responsible for the availability of this connection or liable for any consequences that may result from the unavailability or quality of such connection and reserves the right to change the access configuration of its System at any time and without prior notice to you.

Some portions of the System may require a connection to your electric, water, gas, or other utilities (between you and the utilities, the utilities and us, or both). We are not responsible for the availability of these connections or liable for any consequences that may result from the unavailability or quality of such connections. You agree to allow us access to your billing and usage information from the utilities for the purpose of our providing that information to you through the System.

---

[7] End User License Agreement, available at https://www.energyhub.com/terms.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 10 of 59

The EnergyHub Platform:
https://info.energyhub.com/hubfs/Fact%20sheets/EnergyHub%20BYOT%20fact%20sheet_v4.pdf

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 11 of 59

https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub_DERMS_FactSheet_3.18.pdf

The Resideo Platform:[8]

Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program:

"**Required Connectivity**. Some portions of CS require a data connection between your DER and our servers."

https://www.energyhub.com/industry-leading-technology

Mercury DERMS supports and uses the latest open standards and protocols including OpenADR 2.0, IEEE 2030.5 (SEP 2.0), and DNP3 in addition to web service-based cloud-to-cloud integrations with select DER vendors.

---

[8] https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 12 of 59

| | |
|---|---|
| | https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/<br><br>**DYNAMIC ENERGY CONTROL**<br><br>As grid needs increase, no stone is left unturned in our suite of energy products. Water heater timers are rapidly being replaced with more dynamic energy control devices, including direct install modules, CTA-2045 devices, and native Wi-fi connections in the next generation of smart water heaters. Our platform uses cloud to cloud APIs and OpenADR2.0b to dynamically control your suite of water heater devices with advance control strategies to achieve your energy goals. |
| 1[b] the server issuing a power control event message responsive to a power control command, wherein the power control command comprises a power inquiry command requesting the server to determine an amount of power available for temporary reduction or increase from supply; | In each DR System, the server issues a power control event message responsive to a power control command, wherein the power control command comprises a power inquiry command requesting the server to determine an amount of power available for temporary reduction or increase from supply. For example, the Resideo or EnergyHub Platforms ("server") send a message ("power control event message") in response to input received regarding a DR event ("power control command"). Also, PJM requires that the Maryland Utilities determine an amount of power available for a DR event ("the power control command comprises a power inquiry command requesting the server to determine an amount of power available for temporary reduction or increase from supply"), and the Resideo Platform and EnergyHub Platform determine an amount of power available.<br><br>**PJM Operating Agreement, Schedule 1, Section 8.2[9]**<br><br>"To participate in the Emergency Load Response Program and Pre-Emergency Load Response Program, the Demand Resource must: . . . Be capable of receiving notification of a Load Management Event." |

---

[9] PJM documents referenced herein, including the Operating Agreement, Open Access Transmission Tariff, Reliability Assurance Agreement and all Manuals are available for download at https://www.pjm.com/library.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 14 of 59

| | **PJM Operating Agreement** |
| --- | --- |
| | "Load Management Event" shall mean a) a single temporally contiguous dispatch of Demand Resources in a Compliance Aggregation Area during an Operating Day, or b) multiple dispatches of Demand Resources in a Compliance Aggregation Area during an Operating Day that are temporally contiguous. |
| | "Load Reduction Event" shall mean a reduction in demand by a Member or Special Member for the purpose of participating in the PJM Interchange Energy Market. |
| | "Synchronized Reserve Event" shall mean a request from the Office of the Interconnection to generation resources and/or Economic Load Response Participant resources able, assigned or self-scheduled to provide Synchronized Reserve in one or more specified Reserve Zones or Reserve Sub-zones, within ten minutes, to increase the energy output or reduce load by a directed amount of the assigned or self-scheduled Synchronized Reserve. |
| | https://homeenergysavings.pepco.com/energywiserewards/md/residential/faq |
| | **How does Energy Wise Rewards work?**<br><br>When you enroll, we'll connect an indoor Energy Wise Rewards programmable thermostat or an outdoor switch near your central air conditioning unit or heat pump. On selected days from June through October, we'll automatically cycle participating central air conditioners and heat pumps to help balance the region's demand for electricity. These events are known as "conservation periods". The more participants in the program, the greater the likelihood of reduced duration for any single conservation period. Energy Wise Rewards works best when it is truly a community-wide effort. |

13

https://homeenergysavings.delmarva.com/energywiserewards/md/residential/faq

**How does Energy Wise Rewards work?**

When you enroll, we'll connect an indoor Energy Wise Rewards programmable thermostat or an outdoor switch near your central air conditioning unit or heat pump. On selected days from June through October, we'll automatically cycle participating central air conditioners and heat pumps to help balance the region's demand for electricity. These events are known as "conservation periods". The more participants in the program, the greater the likelihood of reduced duration for any single conservation period. Energy Wise Rewards works best when it is truly a community-wide effort.

https://www.smeco.coop/energy-efficiency/residential-programs/smarttemp/

**How do thermostat adjustments work during events and will it compromise my comfort?**

• During an adjustment event (June through October only), your thermostat will be automatically adjusted up to 4°F based on your current temperature setting.

• The typical event will last four hours or less on non-holiday weekday afternoons. Once the event is over, your thermostat will return to its normal setting.

• Your participation is completely voluntary, and you will retain control of your thermostat. You can easily opt out of an event for any reason.

14

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 16 of 59

https://bgesmartenergy.com/residential/earn-incentives/connectedrewards/faqs

**How will my thermostat be adjusted?**

At the start of a non-emergency* adjustment event, your thermostat will be automatically adjusted up to 4 degrees from the current thermostat setpoint. The adjustment will typically last no more than six hours on non-holiday weekdays. Once the temperature adjustment is over, your thermostat will return to its normal setpoint and/or schedule. In some cases, your thermostat may be adjusted up to 3 degrees before an adjustment event to pre-condition your home. You can opt out of a non-emergency event at any time from your mobile device, web browser or thermostat.

*During an emergency event, regional demand for electricity is close to surpassing regional supply and BGE is required to activate the Connected Rewards Program. This type of event is usually called to avoid potential service interruptions. During an emergency event and the transition period after the event, you may not have the ability to override your program participation.

**EnergyHub Platforms:**

https://www.energyhub.com/privacy-policy

Our Services (defined below) integrate with connected devices in your home, such as heat pumps, water heaters, smart thermostats, batteries, electric vehicle supply equipment (EVSE), electric vehicles, and solar inverters, to manage programs operated by our utility partners.

https://www.energyhub.com/edge-derms-platform/utility-integrations

Send a dispatch from your Grid DERMS to customers of specified rates, pulled from your CIS system.

**EnergyHub BYOT Fact Sheet v. 4**
https://info.energyhub.com/hubfs/Fact%20sheets/EnergyHub%20BYOT%20fact%20sheet_v4.pdf



**Demand response management system**

Maximize load shed with a demand response module that leverages advanced machine-learning algorithms for intelligent device control.

**Mercury DERMS fact sheet**
https://cdn2.hubspot.net/hubfs/415845/Resources/Mercury%20DERMS%20fact%20sheet.pdf



# Mercury DERMS Platform

Mercury gives utilities real-time visibility into DERs and greater control at the grid edge

**Mercury DERMS capabilities**

✳ Peak reduction

✳ Load shift

✳ Solar shifting and firming

✳ Voltage & frequency response

✳ Rate optimization

## Manage DERs from a single hub

Employing real-time analytics and dynamic visualizations, EnergyHub's Mercury DERMS is uniquely equipped to provide the suite of solutions utilities need to monitor and manage a range of connected and aggregated devices – including smart inverters, battery energy storage systems, smart thermostats, grid-interactive water heaters, and electric vehicles.

| | |
|---|---|
| | Communicating with, controlling, and optimizing the performance of DERs requires an end-to-end software system that is integral to a utility's day-to-day operations. Utilities need a DERMS that can:<br><br>✳ Create situational awareness at the grid-edge<br><br>✳ Engage with customers and enroll DERs into programs<br><br>✳ Monitor and forecast DER activity in relation to grid operations<br><br>✳ Coordinate control/dispatch of resources for grid-support services<br><br>https://www.energyhub.com/industry-leading-technology<br><br>**Forecasting**<br><br>Our platform uses a range data to forecast both the future load from groups of DERs (a load forecast), and also the net load reduction capacity that can be achieved by calling demand response events from a given group (a capacity forecast). The forecasting engine draws on historical data to build models that can generate forecasts. |



# Advanced baselines

EnergyHub's platform provides utilities with multiple baseline options, which are used in our DR event performance analytics. Users may select standard Independent System Operator (ISO) baseline algorithms, such as PJM Customer Baseline (CBL), or EnergyHub's custom baseline algorithms for thermostat and electric vehicle aggregations. Our proprietary baseline algorithms tend to produce more reliable counterfactual estimates and performance reports.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 21 of 59

**EnergyHub Load Forecasting Fact Sheet**
https://cdn2.hubspot.net/hubfs/415845/Fact%20sheets/EnergyHub%20load%20forecasting%20fact%20sheet.pdf



## Mercury DERMS load forecasting

### The anatomy of a forecast

EnergyHub's forecasting calculations rely on three key components:

* **Daily & seasonal variation:** Changes in weather, temperature, occupancy and usage profiles – both in near real-time and over longer time periods

* **Detailed load profiles:** Large volumes of historical energy consumption data, gathered at high temporal resolution and aggregated from the individual device level

* **DER operational characteristics:** The types, specifications, and operating characteristics of DERs under management



**EnergyHub Privacy Policy**

https://www.energyhub.com/privacy-policy

Our Services (defined below) integrate with connected devices in your home, such as heat pumps, waterheaters, smart thermostats, batteries, electric vehicle supply equipment (EVSE), electric vehicles, and solar inverters, to manage programs operated by our utility partners.

. . .

If you are using our System (including by using your Device when connected to the EnergyHub Platform) from outside of the United States, please be aware that your information may be transferred to, stored in, or processed in the United States, where our servers are located and our central database is operated.

21

**The Resideo Plarforms:**

**Connected Savings EULA**
https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/eula/

Ademco Inc., on behalf of itself and its affiliates, (hereinafter referred to as **Resideo**, "us", or "we"), offers the **Connected Savings (CS)** platform and associated services through a series of home and commercial energy programs. The CS platform offers management and insights to eligible Distributed Energy Resources ("**DERs**"). Eligible DERs may include any connected device that can be remotely adjusted to provide benefit to the grid and/or home resident, including, but not limited to, thermostats, electric vehicles, water heaters, solar panels, battery storage, and pool pumps. There are multiple services (hereinafter "**Services**") that may be provided within the CS program:

**"Required Connectivity**. Some portions of CS require a data connection between your DER and our servers."

https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/:

## TAILORED DR STRATEGIES

**Connected Savings Intelligence℠ (CSI)** offers a variety of tailored DR strategies for all of the major energy using devices in the home. Our hyper local weather data, thermodynamic models, and machine learning create an orchestrated experience via a single interface across all device types. CSI provides precise and accurate capacity and load forecasts for DR event planning and management for residential and SMB customers.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 23 of 59



Sample load reduction of an actual program in June 2016, comparing baseline to reduced load for a 2 hour DR event.

https://web.archive.org/web/20241108215727/https://www.connectedsavings.com/resideo-grid-services/demand-management/

## INTELLIGENT DEMAND RESPONSE

Energy demand is not static and with Resideo Grid Services' data driven platforms we can all help make the most of the energy we have. Our patented thermodynamic modeling is a critical component of our Demand Side Management Services and can help predict energy usage for each home, each day given indoor and outdoor conditions.

Our technology Ingests real-time thermostat, weather and energy price data and Optimizes and manages HVAC energy use by forecasting load and available capacity.

23

Case 8:26-cv-02076-PX   Document 1-12   Filed 05/26/26   Page 25 of 59

| | |
|---|---|
| | **BGE – Google Rush Hour Rewards Program Agreement** (https://support.renewhome.com/en_us/baltimore-gas-electric-r1UIku9xl) "Under the program, your Utility notifies Google of the existence of a Rush Hour Rewards event, causing Google's servers to remotely inform your Google Nest thermostat ("Nest Thermostat") to automatically change the temperature setpoint in your home on that day, without any manual intervention by you." **ecobee eco+ utility integration** https://www.ecobee.com/en-us/utilities/ <br><br> **Increase enrollment in your demand response program.** <br><br> Reduce load demand at scale with our smart thermostats and eco+ technology, tailor-made to increase program success and participation. <br><br> • eco+ automation technology helps streamline enrollment and participation in Energy Efficiency, Demand Response, Time of Use programs. <br><br> • Utility portals and APIs help manage customer engagement and participation in energy programs. <br><br> • Have thermostats pre-enrolled in select programs that are purchased in bulk or through a marketplace. |

https://www.energyhub.com/industry-leading-technology

Mercury DERMS supports and uses the latest open standards and protocols including OpenADR 2.0, IEEE 2030.5 (SEP 2.0), and DNP3 in addition to web service-based cloud-to-cloud integrations with select DER vendors.

https://web.archive.org/web/20260307121819/https://www.connectedsavings.com/demand-response/

## DYNAMIC ENERGY CONTROL

As grid needs increase, no stone is left unturned in our suite of energy products. Water heater timers are rapidly being replaced with more dynamic energy control devices, including direct install modules, CTA-2045 devices, and native Wi-fi connections in the next generation of smart water heaters. Our platform uses cloud to cloud APIs and OpenADR2.0b to dynamically control your suite of water heater devices with advance control strategies to achieve your energy goals.

**PJM Manual 18**

**Nominated DR Value** – the nominated value of a Demand Resource is the value of the maximum load reduction and the process to determine this value is consistent with the process for the determination of the capacity obligation for the customer. Tthe maximum load reduction for Capacity Performance registration also takes into consideration the Winter Peak Load for the customer. The maximum load reduction for each resource is adjusted to include system losses.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 27 of 59

The Daily Nominated DR Value for a Capacity Performance Demand Resource during the summer period of June through October and May of the Delivery Year is based on the sum of the summer nominated DR values of the registrations linked to such Demand Resource. The Daily Nominated DR Value for a Demand Resource during the non-summer period of November through April is based on the lesser of (a) the sum of the summer nominated DR values of the registrations linked to such Demand Resource or (b) the sum of the winter nominated DR values of the registrations linked to such Demand Resource.

**PJM Manual 11 at 176**

- In order to register locations for participation in PJM Markets, CSPs shall provide information for each location including the following:
    - Max Load – CSPs best estimate of annual peak load.

**PJM Manual 11 at 185**

**10.2.5 CBL Certification Process**
All Economic registrations, except Economic Regulation Only registrations, should go through the CBL certification process to ensure that the CBL used to predict the customer load and therefore, determine the quantity of each hourly load reduction, is reasonably accurate and non-biased. All registrations should use a CBL with a Relative Root Mean Square Error (RRMSE) no greater than 20% unless otherwise approved by PJM. Registrations with a RRMSE greater than 20% based on hourly load data provided in the registration process are considered variable load customers.

CBL certification is performed by the CSP prior to registration submission. CSPs should always calculate an RRMSE for the standard CBL defined in the Tariff. An alternative CBL may be requested if the alternative CBL is more accurate than the standard CBL and has an RRMSE less than or equal to 20%.

| | |
|---|---|
| | **Resideo Platform**<br>https://web.archive.org/web/20260307113420/https://www.connectedsavings.com/faq/<br><br>What about my data? Where does it get stored, and for how long? ⊖<br><br>You're absolutely right – it is *your* data, and we treat it accordingly. This means using industry-standard security to ensure your data does not get compromised. We will not share with, or resell your data to anyone not required to operate the Connected Savings service. The majority of your data will be kept in our databases for no more than 60 days. For some special interest days (such as those with extreme weather conditions) we will keep your data up to 180 days in order to help us improve our models. Anonymized data will be kept indefinitely. |
| 1[c] the database storing information comprising power consumed by the at least one power consuming device and power to be reduced to the at least one power consuming device; | In each DR System, the database stores information comprising power consumed by the at least one power consuming device and power to be reduced to the at least one power consuming device. For example, the database used by the Resideo Platform and EnergyHub Platform stores historical or baseline information, information related to committed load reduction for each curtailment event and load reduction capability information for each HVAC.<br><br>*See* 1[b] above, and 1[d] below. |
| 1[d] the server generating a supply equivalence value for each of the at least one power consuming device based on an actual value of power to be reduced to each of the at least one power consuming device, wherein each supply | In each DR System, the server generates a supply equivalence value for each of the at least one power consuming device based on an actual value of power to be reduced to each of the at least one power consuming device, wherein each supply equivalence value is a monetary supply equivalence value based on measurement and verification, and wherein each supply equivalence value provides for a curtailment value as a supply to the electric power grid. For example, PJM requires that the utility server (e.g., Resideo Platform or EnergyHub Platform) ("server") perform VEE on load data received from the meter, generated a load reduction capability and/or generate a peak capacity ("generating a supply equivalence value for each of the at least one power consuming device based on an actual value of power to be reduced to each of the at least one power consuming device") for each registered customer's HVAC system, and this value(s) is based on, for example, metered load ("an actual value of |

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 28 of 59

Case 8:26-cv-02076-PX   Document 1-12   Filed 05/26/26   Page 29 of 59

| | |
|---|---|
| equivalence value is a monetary supply equivalence value based on measurement and verification, and wherein each supply equivalence value provides for a curtailment value as a supply to the electric power grid; and | power to be reduced to each of the at least one power consuming device") and a comparison to a baseline ("measurement and verification"). The load reduction capability and/or peak capacity is a basis for receiving monetary compensation ("monetary supply equivalence value"). Each load reduction capability and/or peak capacity is a basis for curtailment bids that will be treated as supply by the PJM markets ("provides for a curtailment value as a supply to the electric power grid").<br><br>**PJM Manual 19 at 31**<br><br>**Data Validation and Estimation**<br><br>Data must be validated and estimated in accordance with the NAESB Validating, Editing, and Estimating (VEE) Protocol. This protocol should be used for validation and estimation of 1-minute data for the SR market as well as hourly data for capacity and energy markets. Note: All rules for hourly data shall apply to 1 minute data where the only difference is the use of 1 minute interval instead of 1 hour interval.<br><br>**PJM Manual 11**<br><br>## 10.4 Demand Resource Metering and Settlement Data Requirements<br><br>The settlements submitted to PJM by CSPs must conform to the following requirements for data, including metered data, and CBL calculations. All settlement related calculations for Economic and Emergency Demand Resources are provided in PJM Manual 28: Operating Agreement Accounting.<br><br>**10.4.1 Metered Data**<br>Demand Resources must be equipped with interval meters recording electrical usage at the EDC account level. The interval of data collection must be sufficient to provide PJM with hourly, one minute or real time load data as applicable for the wholesale market. Residential Direct Load Control (RDLC) aggregates may have interval meters installed on a statistical sample of EDC accounts per PJM Manual 19: Load Forecasting and Analysis, Attachment C and subject to PJM approval. |

Load data must be provided for all hours of the day and for all days necessary for PJM to calculate the CBL for settlements or to measure compliance as necessary.

## 10.6 Interval Meter Equipment and Load Data Requirements

All interval load data, except where also used for retail electric service, shall at a minimum comply with the NAESB VEE (Validate, Edit & Estimate) standards, where applicable, for retail electric service to ensure the quality of the information.

A CSP or their designated agent that violate these standards is not allowed to manage the installation/maintenance of metering equipment and associated load data for PJM settlements or compliance.

**PJM Manual 18**

### 4.3.5 Pre-Emergency and Emergency Load Response Registration

Pre-Emergency and Emergency Load Response Registration is the process of providing the following information through the submittal of a Pre-Emergency or Emergency Load Response registration into PJM's DR Hub system. As part of this process, resource providers will submit the following types of information:

- Customer-specific load management information for planning and verification purposes (i.e., EDC account number, Zone, etc.)
- Customer-specific information to establish nominated load management levels (i.e., Peak Load Contribution, Winter Peak Load, EDC Loss Factor, notification period, Firm Service Level data (summer and winter), Guaranteed Load Drop data (summer and winter). Winter Peak Load and winter Firm Service Levels are required for Capacity Performance DR registrations. However, Winter Peak Load and winter Firm Service Levels are not required if such registration indicates that it is a Summer-Period DR Only registration. Economic, Pre-Emergency, or Emergency Load Response registrations that would like to be eligible for Bonus Performance for a Performance Assessment Interval must have both customer-specific summer and winter based data provided in the registration.

### 4.11.4 Testing Requirements

Each DER capacity resource committed in a Delivery Year shall be obligated to simultaneously test all associated locations on an annual basis. The DER Aggregator may perform an unlimited number of tests and re-tests but shall notify PJM of the test and re-test at least 48 hours in advance. The test and any associated re-test should be conducted for 1 hour between the hours of 11:00 and 18:00 EPT of a non-NERC holiday weekday. The Office of Interconnection may, at its discretion, cancel a test and allow a retest, to ensure system reliability. The DER Aggregator shall notify the applicable Electric Distribution Company at least seven business days prior to each such test, and the Electric Distribution Company may cancel the test consistent with Tariff, Attachment K-Appendix, section 1.4B(f). The re-tests are limited to all locations that failed to meet their nominated ICAP in the prior test or re-test(s).

Energy settlements for registrations tested are compensated based on energy market rules.

Test performance will be based on the aggregate performance for all the locations of the DER capacity resource. Actual delivered MWs for the tests are based on the sum of the load reductions and/or generation output for such tests. A DER capacity resource's total daily ICAP commitment level is determined each day of the delivery year and used to determine if there is a shortfall and associated penalty.

Delivered load reductions will be determined using the methodology specified in M19, Attachment A. Delivered generation MW onto the distribution system will be measured based on the meter data.

If none of the tests during a testing period certify full delivery of the megawatt amount of nominated capacity the DER Aggregator committed, for such Delivery Year, the DER Aggregator shall be assessed a DER Capacity Aggregation Resource Test Failure Charge.

| |
| **PJM Manual 18 at 114** |

**PJM Manual 18 at 114**

**Day-ahead Settlements**

PJM will accept demand reduction bids from an end-use customer or its representative CSP for a specific MW curtailment (in minimum increments of .1 MW or 100 kW). The demand reduction bid will include the day-ahead LMP above which the end-use customer would not consume, and could also include shut-down costs and/or minimum down time (i.e. the number of contiguous hours for which the load reduction must be committed).

- An end-use customer or representative CSP that submits a load reduction bid day-ahead that is cleared by PJM when the applicable zonal or aggregate day-ahead LMP is greater than or equal to the price determined under the Net Benefits Test for that month, will be paid by PJM the day-ahead LMP.

- Payment will be made by PJM to the end-use customer or representative CSP as:

$$Cleared\ Day-ahead\ MWh\ load\ reduction*$$

$$Day-ahead\ LMP\ when\ the\ applicable\ zonal\ or\ aggregate\ day-ahead\ LMP$$

$$>\ =\ Monthly\ Net\ Benefits\ Test$$

**Real-time Settlements**

Credits for reducing load are based on the actual MWh relief provided in excess of committed day-ahead load reductions plus an adjustment for losses.

- An Economic Load Response Participant that curtails or causes the curtailment of demand in real-time in response to PJM dispatch, and for which the applicable real-time five minute LMP is equal to or greater than the threshold price established under the Net Benefits Test, will be compensated by PJM Settlement at the real-time five minute LMP.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 33 of 59

For Market Participants that submit hourly load reduction values:

- Actual MWh relief provided is equal to the CBL less the RT metered load. Additional details on the calculation of CBL and RT metered load can be found in PJM Manual 11: Energy & Ancillary Services Market Operations, Section 10.

$$Net\ Energy\ MWh =$$

$$(Actual\ MWh\ relief\ provided*(1 - EDC\ loss\ de\ ration\ factor)*Energy\ Loss\ factor) -$$

$$Cleared\ Day - ahead\ MWh\ Load$$

**PJM Manual 11 at 264-65**

### 3. Planned Nominated DR Value by End-Use Customer Site

This section must be completed by the CSP when the end-use customer is known at the time of the submittal of the DR Sell Offer Plan. This section must also be completed for DR Sell Offer quantities identified in the DR Sell Offer Plan Summary as requiring site-specific information, since this identified quantity should reflect Planned DR associated with specific end-use customer sites for which the CSP has a high degree of certainty that it will physically deliver for the relevant Delivery Year.

The CSP must provide the following information:

- Customer EDC account number (if known)
- Customer name
- Customer premise address
- Zone/Sub-zone
- Customer segment
- Actual value (if known) or estimate of current PLC and estimate of expected auction Delivery Year PLC in kW
- Estimated Nominated DR Value in kW

**PJM Manual 11 at 176**

- In order to register locations for participation in PJM Markets, CSPs shall provide information for each location including the following:
  - Business Segment - CSPs shall classify locations according to the location's primary purpose or business use. CSPs should first determine if the location's business use falls under one of the following primary categories: Hospitals, Industrial / Manufacturing, Multiple Dwelling Unit, Office Building, Residential, Retail Service, Correctional Facilities, Data Center, Data Center with Crypto Mining or Schools. In cases where the location does not fit into one of the primary categories the CSP shall select from one of the following categories: Agriculture, Forestry and Fishing, Mining, Transportation, Communications, Electric, Gas and Sanitary Services or Services.
  - Max Load – CSPs best estimate of annual peak load.
  - Load Reduction Method and associated Capability - The CSPs shall provide for each location the load reduction method and the associated load reduction kilowatt capability. Load reduction methods indicate the type of electrical equipment that is

controlled to provide the demand response activity and include: Heating, Ventilation and Air Conditioning (HVAC), Lighting, Refrigeration, Manufacturing, Water Heaters, Batteries, Plug Load and Generation.

**PJM Manual 11 at 185**

**10.2.5 CBL Certification Process**

All Economic registrations, except Economic Regulation Only registrations, should go through the CBL certification process to ensure that the CBL used to predict the customer load and therefore, determine the quantity of each hourly load reduction, is reasonably accurate and non-biased. All registrations should use a CBL with a Relative Root Mean Square Error (RRMSE) no greater than 20% unless otherwise approved by PJM. Registrations with a RRMSE greater than 20% based on hourly load data provided in the registration process are considered variable load customers.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 35 of 59

The RRMSE calculation is performed as follows unless otherwise approved by PJM:

- To perform the RRMSE calculation, daily CBL calculations are first performed for the CBL method using hours ending 14 through hours ending 19 unless otherwise approved by

  PJM as the simulated event hours for each of the sixty (60) non-event days according to the CBL method rules.
- Actual Hourly errors are calculated by subtracting the CBL hourly load from the actual hourly load for each of the simulated event hours of the non-event day.
- The Mean Squared Error (MSE) is calculated by summing the squared actual hourly errors and dividing by the number of simulated event hours.
- The Average Actual Hourly Load (AAHL) is the average of the actual hourly load for each of the simulated event hours.
- The RRMSE is calculated by taking the square root of the MSE then divide that quantity by the AAHL.

**PJM Manual 19, Attachment A**

**General**

Load Drop Estimates (also referred to as addbacks) are produced for three types of occurrences:

1. Curtailment of load for customers registered in the PJM emergency or pre-emergency program either as a Load Management resource (Demand Resource) or an Emergency – Energy Only resource, or customers registered to meet a Price Responsive Demand (PRD) commitment for either the Reliability Pricing Model (RPM) or the FRR Alternative.
2. Voltage Reductions implemented by PJM or an EDC
3. Significant losses of load.

PJM is responsible for producing Load Management/Emergency/Pre-Emergency load drop estimates, from CSP and EDC input into the appropriate PJM system. EDCs are responsible for reporting the estimated impact of voltage reductions (optional) or significant losses of load on their systems.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 36 of 59

| | |
|---|---|
| | PJM is responsible for producing PRD load drop estimates, from PRD Provider input into the appropriate PJM system. PRD Providers that registered price responsive demand to satisfy a PRD commitment for either RPM or FRR Alternative must provide PJM with meter data when PRD was required to be dispatched (LMP is greater than the offer price). Meter data is entered at the site level; load drop estimates will be calculated at the registration level.<br><br>Load drop estimates, as calculated in this manual or otherwise calculated by PJM to reflect the estimated hourly energy load reductions (with communication to the appropriate stakeholder group), are used to construct unrestricted loads used in the PJM Load Forecast Model, weather normalization of PJM seasonal peaks, and to calculate the unrestricted Peak Load Contributions used in formulating capacity obligations.<br><br>**EnergyHub Platform**<br>https://www.energyhub.com/edge-derms-platform/vpp-strategies/demand-response |

35

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 37 of 59

# Review data anytime, anywhere

All the data you need in one accessible location. Review participation, net load shed vs. baseline, view load shapes, and download and share reports.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 38 of 59

| | |
|---|---|
| | https://www.energyhub.com/edge-derms-platform/der-types/thermostat-utility-programs<br><br>**Review performance and reports**<br><br>Monitor performance with near-real-time event dashboards. Measure load shed against baselines, and track participation, opt outs, and more.<br><br>https://web.archive.org/web/20220622064851/https://www.energyhub.com/platform/<br><br>**Settlement**<br><br>Enabling the settlement of capacity in various energy markets<br><br>**DER monitoring**<br><br>Fundamental information such as DER connectivity, operating mode, location, real-time load to inform utility load management strategies. |

| | |
|---|---|
| | Resideo Platform<br>https://web.archive.org/web/20251017142606/https://www.connectedsavings.com/demand-response/<br><br>**ADVANCED GRID SERVICES**<br><br>Our CSI platform provides advanced grid services, including Community Power Plants(R), allowing utilities and energy providers to monetize energy reduction for Coincident Peak, emergency services, energy arbitrage, and more.<br><br>**TAILORED DR STRATEGIES**<br><br>**Connected Savings Intelligence℠ (CSI)** offers a variety of tailored DR strategies for all of the major energy using devices in the home. Our hyper local weather data, thermodynamic models, and machine learning create an orchestrated experience via a single interface across all device types. CSI provides precise and accurate capacity and load forecasts for DR event planning and management for residential and SMB customers. |
| 1[e] the server disabling a power flow to one or more of the at least one power consuming device based on the supply equivalence value for each of the at least one power consuming device. | In each DR System, the server disables a power flow to one or more of the at least one power consuming device based on the supply equivalence value for each of the at least one power consuming device. For example, the EnergyHub Platform or Resideo Platform determines the customers to include in a load reduction event based on each customer's load reduction capability and/or peak capacity ("based on the supply equivalence value for each of the at least one power consuming device"), and sends a message to each customer's smart thermostat causing the smart thermostat to raise the set point or otherwise turn off the respective HVAC ("disabling a power flow to one or more of the at least one power consuming device"). The Maryland Utilities know the load reduction capability and/or peak capacity of each customer's HVAC, and use one or both of these values to determine, for example, that if a group of certain customers together can meet the committed load reduction amount.<br><br>*See* 1[d] above. |

| 2. The method of claim 1, wherein the power control command is initiated from a market participant, a utility, or an electric grid operator. | In each DR System, the power control command is initiated from a market participant, a utility, or an electric grid operator, for example each of the respective Maryland Utilities.<br><br>*See* 1[b] above. |
| --- | --- |
| 3. The method of claim 1, wherein the information stored in the database includes revenue grade metrology data. | In each DR System, the information stored in the database includes revenue grade metrology data. For example, each database stores load data obtained by revenue grade meters ("revenue grade metrology data").<br><br>**PJM Manual 1**<br><br>**5.1.2 Applicability by Equipment**<br>In Section 5, the word "metering" means any system of components that measures something relevant to electric power – MW, MVAR, kV, AMP (for Geomagnetic Induced Currents), HZ, and MWH values – and is the source of that measurement for PJM. This may include devices that are technically considered an actual electrical meter, which satisfy ANSI standards for meters,<br><br>or furthermore a revenue grade meter which tend to meet the highest accuracy thresholds. This may also include devices that are *not* typically considered an electrical meter, such as protective relays or transducers, which by design and function will often have lower accuracy than an actual meter; this is sometimes referred to as "operational metering". The requirements described in Section 5 either apply or do not apply to any given system of devices or components based on the provided criteria and definitions of the data the device or system provides, regardless of what the actual devices or components are. |

39

| | |
|---|---|
| | **5.1.6 Types of Metering Systems**<br>There are two major types of metering systems defined in this section, characterized by use and data type.<br>1. **System Control and Monitoring (Instantaneous data):** PJM dispatch utilizes data from these metering systems to continuously match generation with demand and to assure system security. An important subtype of System Control and Monitoring metering is System Control (Balancing) metering installed on internal or external Tie Lines.<br>   a. Requirements for System Control and Monitoring are specified in Section 5.2.<br>2. **Billing (Accumulator data):** PJM utilizes data from these meters to settle transactions between market participants. Billing meters are often referred to as being "revenue grade", would typically provide "interval data", and often measure energy at the Point of Interconnection (POI) between two parties.<br>   a. Requirements for Billing Metering and meter data are specified in Section 5.3.<br><br>**PJM Manual 11**<br><br>## 10.6 Interval Meter Equipment and Load Data Requirements<br><br>• All metering equipment shall, at a minimum, meet appropriate ANSI c12.1 and c57.13 standards to ensure the metering equipment is within the Tariff defined accuracy standards. |
| 5. The method of claim 1, further comprising the server aggregating the supply equivalence value for each of the at least one power consuming device into at least one power trading block, wherein a minimum power trading block is 100 kW. | In each DR System, the server aggregates the supply equivalence value for each of the at least one power consuming device into at least one power trading block, wherein a minimum power trading block is 100 kW. For example, as required by PJM, a utility server must collect meter data for each customer ("actual value for each of the at least one power consuming device") and then aggregate that data for submission and payment/settlement ("aggregates . . . into at least one Power Trade Block (PTB) unit able to be sold on an energy settlement marketplace"). |

**Schedule 6 to the Reliability Assurance Agreement at 9:**

Each Curtailment Service Provider must satisfy (or contract with another LSE, Curtailment Service Provider, or electric distribution company to provide) the following requirements:
. . .
   b)   Customer-specific compliance and verification information for each PJM-initiated Demand Resource event or test event, <u>as well as aggregated Provider load drop data for Provider-initiated events</u>, in accordance with established reporting guidelines.

**PJM Operating Agreement**

**1.5A.10   Aggregation for Economic Load Response Registrations.**

The purpose for aggregation is to allow the participation of end-use customers in the Energy Market that can provide less than 0.1 megawatt of demand response when they currently have no alternative opportunity to participate on an individual basis or can provide less than 0.1 megawatt of demand response in the Secondary Reserve, Synchronized Reserve or Regulation markets when they currently have no alternative opportunity to participate on an individual basis. Aggregations pursuant to section 1.5A.1 above shall be subject to the following requirements:

   i)  All end-use customers in an aggregation shall be specifically identified;
   . . .
   vi) Each end-use customer site must meet the requirements for market participation by an Economic Load Response Participant resource except for the 0.1 megawatt minimum load reduction requirement for energy or the 0.1 megawatt minimum load reduction requirement for Ancillary Services; and

**1.5A.10.01  Aggregation for Economic Load Response Regulation Only Registrations**

The purpose for aggregation is to allow the participation of end-use customers in the Regulation market that can provide less than 0.1 megawatt of demand response when they currently have no

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 43 of 59

| | |
|---|---|
| | alternative opportunity to participate on an individual basis. Aggregations pursuant to section 1.5A.1 above shall be subject to the following requirements:<br><br>i)  All end-use customers in an aggregation shall be specifically identified;<br><br>ii) All end-use customers in the aggregation must be served by the same electric distribution company and must also be part of the same Transmission Zone; and<br><br>iii)Each end-use customer site must meet the requirements for market participation by an Economic Load Response Participant resource except for the 0.1 megawatt minimum load reduction requirement for Regulation service.<br><br>**8.11  Emergency Load Response and Pre-Emergency Load Response Participant Aggregation.**<br><br>Energy settlement will be based on each individual customer's load reductions, or a current statistical sample of end-use customers' load reductions for non-interval metered residential Direct Load Control customers as set forth in the PJM Manuals, pursuant to section 3.3A of Schedule 1 of this Agreement, the PJM Reliability Assurance Agreement Among Load Serving Entities in the PJM Region and the PJM Manuals. Capacity compliance will be based on each individual customers' load reductions, or a current statistical sample of end-use customers' load reductions, and then aggregated pursuant to section 3.3A of Schedule 1 of this Agreement, the PJM Reliability Assurance Agreement Among Load Serving Entities in the PJM Region and the PJM Manuals; and<br><br>**PJM Manual 11**<br><br>**3.2.1 Regulation Market Eligibility**<br>Regulation offers may be submitted only for those resources electrically within the PJM RTO. To regulate, a resource must meet the following criteria:<br><br>• All Resources must be able to provide at least 0.1 MW of Regulation capability in order to participate in the Regulation Market. |

### 3.2.7 Economic Load Response Participation

To provide Regulation, Economic Load Response resources must meet the following criteria:

- Economic Load Response resources must be able to provide at least 0.1 MW of Regulation capability.

## 4.2 PJM Reserve Market Offer Business Rules

. . .

Any resource must be able to provide 0.1 MW of Reserve Capability in order to participate in the Reserve Markets.

### 4.2.1.2 Economic Load Response Reserve Eligibility

- Economic Load Response must successfully complete Ancillary Services certification in PJM's DR Hub system to participate in PJM's Reserve Markets.
- Economic Load Response must be able to provide 0.1 MW of Reserve Capability in order to participate in the Reserve Markets.
  - See section 10.5 in this Manual for Economic Load Response aggregation rules to meet the 0.1 MW threshold for locations that have capability less than 0.1 MW.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 45 of 59

### 10.2.2.1 Dispatch Groups

- Economic Demand Resource registrations may be associated with a dispatch group. The dispatch group will allow the CSP to have one Real-time or Day-ahead Energy Market bid for the entire dispatch group.
- The dispatch group must have registrations with the same Transmission Zone and energy market pricing point.
- Registrations that participate in ancillary service markets will not be permitted to use a dispatch group unless approved by PJM.
- Registrations cannot be in a dispatch group and as a standalone registration. This will ensure that each registration is only available to bid once in the market and avoid duplications.
- Registrations must be confirmed before they may be added to a dispatch group.
- Registrations that clear in the Day-ahead Market are not allowed to be assigned to a dispatch group on same day it cleared in Day-ahead Market. If the CSP does try to assign the registration to a dispatch group on such day then PJM will remove the registration from the dispatch group because this may create a conflict between the single registration that cleared in the Day-ahead Market and the dispatch group that may be dispatched in the Real-time Market for same Operating Day.
- The CSP is responsible for ensuring that at least one registration is in a dispatch group when bid in the Day-ahead or Real-time Energy Market through the appropriate PJM system.

**Dispatch Group Settlements**

To calculate the reductions achieved by the Dispatch Group after an economic event, individual settlements need to be created in DR Hub.

- The CBL needs to be calculated in order to calculate the reductions for the individual Registrations.

44

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 46 of 59

|  | |
|---|---|
|  | • The Dispatch Group economic events are de-aggregated to the Registration level settlement based on the Registrations in the Dispatch Group early in the morning the day after the Operating Day. The individual settlements are submitted by the CSP based on the normal Registration level settlement process.<br>• The total reduction for the Dispatch Group is calculated once a day as the sum of all the reductions of the settlements. Once all of the settlements in the Dispatch Group reach their final state, the Dispatch Group load reduction is settled.<br>• The final state for a Dispatch Group economic settlement is achieved when all of the individual settlements within the Dispatch Group achieve the following status:<br>    ◦ All settlements in Dispatch Group are confirmed.<br>    ◦ Prior to the 60th day after the event, the CSP may mark the Dispatch Group ready for settlement. Once this has occurred, no further updates to any settlements may be done in the Dispatch Group.<br>    ◦ On the 61st day after the event and all settlements are either confirmed, withdrawn or expired.<br>    ◦ Once the 75th day after the event has been reached, the Dispatch Group settlement is sent to settlements regardless of the individual status of any settlements in the group.<br>• Dispatch Groups that are cleared or dispatched are evaluated at the Dispatch Group level when evaluating BOR. Deviations and BOR are assessed based on the reduction of the Dispatch Group.<br>• Market Settlements provides a settlement report based on Dispatch Group(s) and not by Registrations. |

| | PJM Manual 18 |
|---|---|
| | ## 3A.4.2 Required Components of a PRD Plan<br><br>• Peak Load Contribution Value of PRD by applicable electrical location, if available, or by Sub-zone/Zone Firm Service Level (FSL) of Price Responsive Demand by applicable electrical location, if available, or by Sub-zone/Zone Nominal PRD Value by applicable electrical location, if available, or by Sub-zone/Zone. The smallest increment that may be submitted for a Sub-zone/Zone is .1 MW.<br><br>### 4.6.6 Auction Specific MW Transactions<br>RPM Market Participants have the ability to report Auction Specific MW Transactions to PJM through the Capacity Exchange system. Auction Specific MW Transactions must be for the transfer of physical MW of capacity from a seller to a buyer at the location of the physical resources identified as supplying the transaction.<br><br>The following are business rules that apply to Auction-Specific MW Transactions:<br><br>• The smallest increment that may be transacted through an Auction Specific MW Transaction is 0.1 MW. |

| | |
|---|---|
| | **4.11.3 Registration Requirements**<br>A DER location is defined by unique Electric Distribution Company account number which typically reflects the point of interconnection to the electric distribution system. The installed capacity of a single location shall be no more than 5 MWs. A DER registration may be single-node or multi-nodal. A single-node DER registration is comprised of location(s) in the same LDA, transmission zone, State, Electric Distribution Company territory and pricing node. A multi-nodal DER registration is comprised of locations in the same LDA, transmission zone, State and Electric Distribution Company territory, but may span multiple pricing nodes. A DER Aggregator shall only use a multi-nodal registration if the location(s) cannot meet the minimum 0.1 MW participation requirement without using such aggregation. A multi-nodal registration must include no more than 1 location (or combination of locations at a single pricing node) that is equal to or greater than 0.1 MW. The total participation of multi-nodal registrations may be no greater than 167 MW across the RTO. DER capacity registrations are linked to DER capacity resource as long as the primary pricing nodes of such registrations are located within the same zone or sub-zonal LDA of the DER capacity resource.<br><br>*Enerwise Global Technologies, LLC v. PJM Interconnection, L.L.C.*, **188 FERC ¶ 61,191 (Sept. 19, 2024)**<br><br>CPower argues that Curtailment Service Providers like CPower that want to aggregate residential customers to provide demand response face a barrier to participation in the PJM markets. CPower states that PJM requires large volumes of data to enable participation for residential customers. CPower argues that electric distribution companies either cannot or will not provide Curtailment Service Providers with data from their advanced metering infrastructure (AMI) systems and meters to enable participation at scale, i.e., aggregating thousands of residential customers. In addition, CPower contends, the Tariff permits statistical sampling only if the electric distribution company has not installed AMI systems and meters. CPower contends that electric distribution companies have extensively adopted AMI systems and meters for residential customers in PJM, and the Tariff does not permit statistical sampling for those customers. |

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 49 of 59

| | https://www.pjm.com/-/media/DotCom/about-pjm/newsroom/fact-sheets/demand-response-fact-sheet.pdf  CSPs aggregate customers' curtailment capability, register that capability with PJM, offer it in the appropriate mark submit load data to verify the reductions and receive payment from PJM. Subsequent allocation of PJM payment between the CSP and the retail customer is a matter of private agreement. |
|---|---|
| 7. The method of claim 1, further comprising at least one coordinator receiving at least one initial message from the at least one power consuming device for registration; the at least one coordinator registering, matching and | Each DR System further comprises at least one coordinator receiving at least one initial message from the at least one power consuming device for registration, the at least one coordinator registering, matching and prioritizing the at least one power consuming device; and the at least one coordinator tracking a status of the at least one power consuming device.  For example, at least a portion of the Resideo Platform or EnergyHub Platform or other utility server and/or at least a portion of the thermostat manufacturer server ("at least one coordinator") must receive a message from the smart thermostat as part of registration at least to confirm communication with the smart thermostat ("at least one initial message from the at least one power consuming device for registration"). The Resideo Platform and EnergyHub Platform must register thermostats in order to control them, and must match |

| | |
|---|---|
| prioritizing the at least one power consuming device; and the at least one coordinator tracking a status of the at least one power consuming device. | the thermostats/HVACs to other thermostat/HVACs for purposes of aggregation. The Resideo Platform and EnergyHub Platform also prioritize thermostats/HVACs at least for the purpose of determining which to include in a DR event and/or the timing of each thermostats/HVAC curtailment within an event. Resideo and EnergyHub offer real time analysis of the DR event ("a status of the at least one power consuming device"). |
| 8[pre] A system for managing power on an electric power grid, comprising: | Each of the Maryland Utilities makes and uses a system that operates the respective Demand Response Program ("DR System"). Each of these DR Systems manages power on an electric grid by, for example, communicating messages to and controlling the operation of smart thermostats and/or load control switches in order to reduce the consumption of electric power by load consuming devices during periods of peak demand.<br><br>*See* 1[pre] above. |
| 8[a] a server constructed and configured for network communication with at least one power consuming device in the electric power grid, wherein the server comprises a database; | Each DR System comprises a server constructed and configured for network communication with at least one power consuming device in the electric power grid, wherein the server comprises a database.<br><br>*See* 1[a] above. |
| 8[b] wherein the server is operable to issue a power control event message responsive to a power control command, wherein the power control command comprises a power inquiry command requesting the server to | In each DR System, the server is operable to issue a power control event message responsive to a power control command, wherein the power control command comprises a power inquiry command requesting the server to determine an amount of power available for temporary reduction or increase from supply.<br><br>*See* 1[b] above. |

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 51 of 59

| | |
|---|---|
| determine an amount of power available for temporary reduction or increase from supply; | |
| 8[c] wherein the database is operable to store information comprising power consumed by the at least one power consuming device and power to be reduced to the at least one power consuming device; | In each DR System, the database is operable to store information comprising power consumed by the at least one power consuming device and power to be reduced to the at least one power consuming device.<br><br>*See* 1[c] above. |
| 8[d] wherein the server is operable to generate a supply equivalence value for each of the at least one power consuming device based on an actual value of power to be reduced to each of the at least one power consuming device, wherein each supply equivalence value is a monetary supply equivalence value based on measurement and verification, and wherein each supply equivalence value provides for a curtailment value as a | In each DR System, the server is operable to generate a supply equivalence value for each of the at least one power consuming device based on an actual value of power to be reduced to each of the at least one power consuming device, wherein each supply equivalence value is a monetary supply equivalence value based on measurement and verification, and wherein each supply equivalence value provides for a curtailment value as a supply to the electric power grid.<br><br>*See* 1[d] above. |

| | |
|---|---|
| supply to the electric power grid; and | |
| 8[e] wherein the server is operable to disable a power flow to the at least one power consuming device based on the supply equivalence value for each of the at least one power consuming device. | In each DR System, the server is operable to disable a power flow to the at least one power consuming device based on the supply equivalence value for each of the at least one power consuming device.<br><br>*See* 1[e] above. |
| 9. The system of claim 8, wherein the information stored in the database includes revenue grade metrology data. | In each DR System, the information stored in the database includes revenue grade metrology data.<br><br>*See* 3 above. |
| 10. The system of claim 8, wherein the information stored in the database includes an energy consumption pattern for each of the at least one power consuming device. | In each DR System, the information stored in the database includes an energy consumption pattern for each of the at least one power consuming device.  For example, the Resideo Platform and EnergyHub Platform store HVAC usage information ("an energy consumption pattern for each of the at least one power consuming device"). |

51

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 53 of 59

| | EnergyHub Privacy Policy<br>https://www.energyhub.com/privacy-policy<br><br>## 1. THE INFORMATION WE COLLECT AND USE<br><br>As part of distributed energy resource programs that we run on behalf of our utility customers, we collect information relating to you and your use of the System. We use the term "Consumer Information" to refer to any personally identifiable information relating to you or your use of any portion of our System, including your Device. We collect various categories of Consumer Information in connection with your use of the System and some of this information specifically identifies you or your household. Such Consumer Information could relate to the employees of our utility customers, thermostat and other Device providers or consumers with Devices that have signed up for Utility programs. The following sections describe more specific categories of Consumer Information.<br><br>### 1.3 Usage Information<br><br>"Usage Information" is information about a consumer's electrical usage or consumption relating to electrical loads monitored by the System (including smart meter data), a consumer's electric vehicle electrical usage, solar panel performance, a consumer's overall household electrical usage, set point temperature, change of state and other information about the use and performance of Devices and HVAC systems. We receive this type of information from Devices, the Websites, the EnergyHub Platform, and the Services as they are used in the System, and we may also receive and collect Usage Information from third parties. Our Services may use data from your Device and from a real-time, local weather sensor network to optimize and manage your Device settings based on the weather for energy efficiency and grid stability. |
| --- | --- |

Case 8:26-cv-02076-PX   Document 1-12   Filed 05/26/26   Page 54 of 59

Resideo Privacy Policy
https://web.archive.org/web/20251012184533/https://www.connectedsavings.com/privacy-policy/

2. **We Collect and Use Certain Information** - We collect information relating to you and your use of **CS** in order to provide services and features that are easy to use and responsive to your needs. We use the term "**Consumer Information**" to refer to any personally identifiable or anonymous information relating to you or your use of any portion of our System or Services. We collect various categories of Consumer Information in connection with your use of the **CS** and some of this information specifically identifies you or your household. The following sections describe more specific categories of Consumer Information.

• **Usage Information**: Usage Information may include your home's energy usage, smart meter data including information about your electrical usage relating to electrical loads monitored by CS, your overall household electrical usage, your electric rates, heating and cooling information and other information about the use and performance of your Communicating Devices, the interaction of your Communicating Devices and the Portals and your use of CS. We may receive this type of information as you use CS. Usage Information may also include information about your transactions with us, your utility, and with some of our business partners. We may also combine this information with Account Information or other information that you have provided to us and with other information that is publicly available or that we receive from other reputable sources in order to make CS, our Services, and our communications with you more effectively targeted to your interests. We keep track of the websites and pages you visit within the Portals and/or CS and, if applicable, the actions you perform in the Mobile Apps, in order to determine the ease of use and effectiveness of our marketing and sign-up process and what services are the most popular.

| 11. The system of claim 8, wherein the system is operable to provide operating reserves based on the supply equivalence value for each of the at least one power consuming device. | In each DR System, the system is operable to provide operating reserves based on the supply equivalence value for each of the at least one power consuming device.<br><br>**PJM Manual 11**<br><br>**2.1.1 Fast-Start Capable Resources**<br>Fast-Start Resources are generation or Economic Load Response Participant Resources that are capable of operating with a notification time plus startup time of one hour or less and a Minimum Run Time of one hour or less or minimum down time of one hour or less. The following unit types are deemed capable of operating as Fast Start Resources by default:<br><br>• Fuel Cells<br>• CTs<br>• Diesels<br>• Hydro<br>• Battery<br>• Solar<br>• Landfill<br><br>• Wind<br>• Hybrid Resource<br>• Economic Load Response |

54

### 2.1.3 Eligible Fast-Start Resources

A Fast-Start Resource shall be an Eligible Fast-Start Resource when the following apply:

1. A generation resource is committed on an offer with a notification time plus startup time of one hour or less and a Minimum Run Time of one hour or less.

2. An Economic Load Response Participant resource is committed on an offer with a notification time of one hour or less and a Minimum Down Time of one hour or less.

## 10.1 Overview of Demand Resource Participation

PJM Economic Load Response enables Demand Resources to respond to PJM Energy, Synchronized Reserve, and/or Secondary Reserve prices by reducing consumption and receiving a payment for the reduction or following PJM signal to reduce or increase load if providing regulation services.

- The Day-ahead Option provides a mechanism by which any qualified Market Participant may offer Demand Resources the opportunity to reduce the load they draw from the PJM system in advance of Real-time operations and receive payments based on Day-ahead LMP for the reductions.

- The Real-time Option provides a mechanism by which any qualified Market Participant may offer Demand Resources the opportunity to commit to a reduction and receive payments based on Real-time LMP for the reductions.

## 10.2 Demand Resource Registration Requirements

CSPs shall register Demand Resources that choose to participate in the PJM Energy, Reserves, Capacity, or Regulation Market according to the rules and requirements set forth below. A CSP is required to have effective agreement with a customer to register a location.

Case 8:26-cv-02076-PX    Document 1-12    Filed 05/26/26    Page 57 of 59

| | |
|---|---|
| | *10.4 Demand Resource Metering and Settlement Data Requirements*<br>The settlements submitted to PJM by CSPs must conform to the following requirements for data, including metered data, and CBL calculations. All settlement related calculations for Economic and Emergency Demand Resources are provided in PJM Manual 28: Operating Agreement Accounting.<br><br>**PJM Operating Agreement**<br><br>(f) For demand response resources, Revenue Data for Settlements may be five-minute revenue meter data submitted to the Office of the Interconnection or hourly revenue meter data submitted to the Office of the Interconnection and flat profiled over a set of dispatch intervals in the hour.<br><br>**PJM Manual 18**<br><br>**4.3.2 Types of Load Management Programs**<br>PJM recognizes three types of Load Management programs:<br><br>• Firm Service Level (FSL) – Load management achieved by a customer reducing its load to a pre-determined level (the Firm Service Level), upon notification from the resource provider's market operations center or its agent.<br>• Guaranteed Load Drop (GLD) – Load management achieved by a customer reducing its load by a pre-determined amount (the Guaranteed Load Drop), upon notification from the resource provider's market operations center or its agent. Typically, the load reduction is achieved through running customer-owned backup generators, or by shutting down process equipment. |

56

For each type of recognized Load Management Program, there can be three notification periods:

- 30 Minute Lead Time – Load management which must be fully implemented in 30 minutes or less from the time the PJM dispatcher notifies the market operations center of a curtailment event.
- 60 Minute Lead Time – Load management which requires more than 30 minutes but no more than one hour, from the time the PJM dispatcher notifies the market operations center of a curtailment event, to be fully implemented.
- 120 Minute Lead Time - Load management which requires more than one hour but no more than two hours, from the time the PJM dispatcher notifies the market operations center of a curtailment event, to by fully implemented.

**PJM Manual 13**

## 1.3 Communications

Effective communications are critical to ensure reliability during emergency operations. PJM conducts regular conference calls with System Operations Subcommittee representatives (TOs) as well as neighboring RCs BAs and TOPs during emergency operations. Attachment B defines Teleconference Protocol Guidelines. Any operational decisions made on these calls or otherwise outside of normal control room operations shall be followed with a call, between control rooms to confirm understanding of the decision by all parties.

Electronic communications and data quality are also critical. Interruptions to electronic communications can result in inaccurate analysis, inefficient dispatch and potential unreliable operations. Effective operator-to-operator or operator-to-support staff communications are essential to ensure reliable operations and quickly restore data communications.

- PJM dispatchers — Declare and implement emergency procedures
- Local Control Center (LCC) and Market Operations Centers (MOC) dispatchers — respond to PJM dispatcher requests for emergency procedures



U.S. Patent No. 10,768,654

https://www.energyhub.com/edge-derms-platform/vpp-strategies/demand-response

## Call events to manage peaks

Configure and set your event to go live. Group DERs and set event parameters, schedule your event, and let our platform do the rest.